Lowell T. Carruth, # 034065             (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant NORTH AMERICAN
INDUSTRIAL SERVICES, INC. (sued herein as
NORTH AMERICAN INDUSTRIAL SERVICES, INC.,
and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100,<br><br>        Defendants. | Case No.  1:06-CV-00123-AWI-SMS<br><br>**STIPULATION RE EXTENSION OF TIME FOR NORTH AMERICAN INDUSTRIAL SERVICES, INC., TO RESPOND TO PLAINTIFFS' COMPLAINT; AND ORDER THEREON**<br><br>Action Filed:        February 3, 2006 |

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that Defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC., (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP) shall be granted an extension of time up to and including March 29, 2006 within which to file a responsive pleading to the Complaint in the above-captioned matter.  No prior extensions of time have been requested.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

///

///

Dated: March  8 , 2006                                    MILES, SEARS & EANNI

By: /s/  Richard C. Watters
Richard C. Watters
Attorneys for Plaintiffs
BRIAN N. HALL & JEAN M. HALL

Dated: March _____, 2006                                  McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:      /s/  Lowell T. Carruth
Lowell T. Carruth
Attorneys for Defendant
NORTH AMERICAN INDUSTRIAL
SERVICES, INC. (sued herein as NORTH
AMERICAN INDUSTRIAL SERVICES,
INC., and NORTH AMERICAN
SERVICES GROUP)

## ORDER

Pursuant to the Stipulation as reflected above, and for good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP) shall have until March 29, 2006 to file a responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

**Dated:   March 10, 2006**         /s/ Anthony W. Ishii

0m8i78                                  UNITED STATES DISTRICT JUDGE