Lowell T. Carruth, # 034065  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Donald W. Boyajian, Esq. (*Pro Hac Vice*)
Dreyer Boyajian LLP
75 Columbia St.
Albany, NY 12210
Telephone: (518) 463-7784
Facsimile:  (518)  463-4039

Attorneys for Defendant NORTH AMERICAN
INDUSTRIAL SERVICES, INC. (sued herein as
NORTH AMERICAN INDUSTRIAL SERVICES,
INC.,  and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100,<br><br>　　　　Defendants. | Case No.  1:06-CV-00123-AWI-SMS<br><br>**STIPULATION AND ORDER TO EXTEND DESIGNATION OF EXPERT WITNESSES**<br><br>Action Filed:　　February 3, 2006<br>Trial Date:　　　June 12, 2007 |

　　　Plaintiffs BRIAN N. HALL and JEAN M. HALL and Defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (hereinafter "the Parties"), by and through their counsel of record stipulate and agree as follows:

　　　1.　　The Parties have agreed to continue the last day to designate expert witnesses to January 31, 2007.

　　　IT IS THEREFORE HEREBY STIPULATED by the Parties through their counsel as follows:

STIPULATION AND [PROPOSED] ORDER TO EXTEND DESIGNATION OF EXPERT WITNESSES

PDF created with pdfFactory trial version www.pdffactory.com

1.     The last day to designate expert witnesses shall be **January 31, 2007.**
All other dates shall remain the same.

Dated: January 3, 2007                                          MCCORMICK, BARSTOW, SHEPPARD,
                                                                WAYTE & CARRUTH LLP


                                                                By:      /s/ Lowell T. Carruth
                                                                         Lowell T. Carruth
                                                                       Attorneys for Defendant
                                                                  NORTH AMERICAN INDUSTRIAL
                                                                 SERVICES, INC. (sued herein as NORTH
                                                                 AMERICAN INDUSTRIAL SERVICES,
                                                                   INC., and NORTH AMERICAN
                                                                         SERVICES GROUP)


Dated: January __2__, 2007                                              MILES, SEARS & EANNI


                                                                By:      /s/ Richard C. Watters
                                                                          Richard C. Watters
                                                                       Attorneys for Plaintiffs
                                                                 BRIAN N. HALL and JEAN M. HALL

**ORDER**

IT IS SO ORDERED.

Dated:  1/8/2007

                                                                         /s/ Sandra M. Snyder
                                                                 HONORABLE SANDRA M. SNYDER


03664/00128-1046546.v1

PDF created with pdfFactory trial version www.pdffactory.com