UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN N. HALL, et al., ) | 1:06-cv-00123-AWI-SMS |
| ) | |
| Plaintiffs, ) | ORDER VACATING HEARING ON |
| v. ) | DEFENDANT'S MOTION FOR LEAVE TO |
| ) | FILE A THIRD-PARTY COMPLAINT |
| NORTH AMERICAN INDUSTRIAL ) | (DOC. 20) |
| SERVICES, INC., et al., ) | **VACATED HEARING DATE:** |
| ) | **January 12, 2007** |
| Defendants. ) | |
| ) | ORDER DEEMING MOTION SUBMITTED TO |
| ) | THE COURT FOR DECISION |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c) and 72-303.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Defendant for leave to file a third-party complaint is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for January 12, 2007, at 9:30 a.m., IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   January 9, 2007**           /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE

1