|   |   |   |
|---|---|---|
| 1 | RICHARD C. WATTERS, ESQ. - 060162<br>DOUGLAS L. GORDON, ESQ. - 163992 | (SPACE BELOW FOR FILING STAMP ONLY) |
| 2 | **LAW OFFICES OF**<br>**MILES, SEARS & EANNI** | |
| 3 | **A PROFESSIONAL CORPORATION**<br>**2844 FRESNO STREET**<br>**P.O. BOX 1432** | |
| 4 | **FRESNO, CALIFORNIA 93716**<br>**TELEPHONE (559) 486-5200** | |
| 5 | Attorneys for **Plaintiffs** | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| BRIAN N. HALL;<br>JEAN M. HALL;<br>           Plaintiffs,<br>vs.<br>NORTH AMERICAN INDUSTRIAL<br>SERVICES, INC.;<br>NORTH AMERICAN SERVICES GROUP;<br>THE AES CORPORATION;<br>DOE 1 THROUGH DOE 100,<br>           Defendants. | NO. 1:06-CV-00123-AWI-SMS<br><br>**STIPULATION RE FIRST AMENDED COMPLAINT FOR DAMAGES;**<br><br>**ORDER** |

   IT IS HEREBY STIPULATED by and among the parties to the above matter and related cross-actions, through their duly authorized attorneys of record, that plaintiffs shall be permitted to file their FIRST AMENDED COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL, a copy of which is attached hereto as **Exhibit "A"**. It is further stipulated such FIRST AMENDED COMPLAINT shall be deemed properly served upon all parties thereto upon entry of the court's order approving the stipulation. The appropriate parties shall be

///

///

*06cv0123.Stipo.Hall.re 1st Amd Complaint.wpd*

1  permitted to file responsive pleadings within the time allowed
2  by law.
3      This stipulation shall become effective immediately upon
4  execution and may be executed in counterpart and/or by duplicate
5  original.
6      **SO STIPULATED.**
7  DATED: February 15, 2007    MILES, SEARS & EANNI
8
9                              BY: /s/Douglas L. Gordon
                                   DOUGLAS L. GORDON
10                                 Attorneys for Plaintiffs
11 DATED: February 20, 2007    McCORMICK, BARSTOW, SHEPPARD,
                               WAYTE & CARRUTH
12
13
                               BY: /s/Lowell T. Carruth
14                                 LOWELL T. CARRUTH
                                   Attorneys for Defendant
15                                 North American Industrial Svcs.
16 DATED: February 28, 2007    LEWIS, BRISBOIS, BISGAARD & SMITH
17
18                             BY: /s/Christopher Nevis
                                   CHRISTOPHER NEVIS
19                                 Attorneys for Defendant
                                   The AES Corporation
20
21
      **SO ORDERED.**
22
      **Plaintiff shall e-file the 'First Amended Complaint' within**
23 **five (5) days from service of this Stipulation and Order.**
24   IT IS SO ORDERED.
25 **Dated:   March 16, 2007**            /s/ Sandra M. Snyder
   icido3                          UNITED STATES MAGISTRATE JUDGE
26
27
28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

*06cv0123.Stipo.Hall.re 1st Amd Complaint.wpd*