1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SBN 148349
2 CHRISTOPHER J. NEVIS, SBN 162812
VICTORIA A. CHINN, SBN 206815
3 One Sansome Street, Suite 1400
San Francisco, California  94104
4 Telephone:    (415) 362-2580
Facsimile:     (415) 434-0882

Attorneys for Third Party Defendants
AES MENDOTA L.P. (erroneously named herein as AES - MENDOTA L.P.
and formerly known as MENDOTA BIOMASS POWER, LTD.) and
THE AES CORPORATION (erroneously named herein as AES CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN HALL, | CASE NO. 1:06-CV-00123-AWI-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE** |
| NORTH AMERICAN INDUSTRIAL SERVICES GROUP; and DOES 1-50, Inclusive, | |
| Defendants. | Action Filed: February 3, 2006<br>Old Trial Date:    June 12, 2007 |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | |
| Third Party Plaintiff, | |
| v. | |
| AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD., | |
| Third Party Defendants. | |
| AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD., | |
| Counter-Claimants, | |
| v. | |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | |
| Counter-Defendant. | |

4835-4802-9697.1

STIPULATION AND ORDER

1  WHEREAS, Plaintiff BRIAN HALL, Defendant and Third Party Plaintiff NORTH
2  AMERICAN INDUSTRIAL SERVICES, INC., and Third Party Defendant AES MENDOTA L.P.
3  (erroneously named herein as AES - MENDOTA L.P.and formerly known as MENDOTA
4  BIOMASS POWER, LTD.) and THE AES CORPORATION (erroneously named herein as AES
5  CORPORATION) (collectively "the Parties") the Parties need additional time to conduct further
6  discovery and file any necessary dispositive motions;

7  WHEREAS, the jury trial has been continued from June 12, 2007 to October 30, 2007;

8  WHEREAS, the parties met and conferred regarding the pre-trial deadlines;

9  NOW, THEREFORE, the Parties hereby stipulate and agree, and request that the Court
10 order, that the following discovery deadlines, pretrial conference, and trial date be extended as
11 follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off | May 15, 2007 |
| Expert Witness Disclosure Deadline: | April 30, 2007 |
| Expert Deposition Deadline: | May 16, 2007-June 29, 2007 |
| Expert Discovery Deadline: | June 29, 2007 |
| Non-Dispositive Motion Filing Deadline: | July 6, 2007 |
| Dispositive Motion Filing Deadline: | July 13, 2007 |
| Confidential Settlement Conference Statements Deadline: | August 27, 2007 |
| Settlement Conference: | September 6, 2007 10:00a.m. All Day before Judge Snyder |
| Joint Pretrial Statement Filing Deadline: | September 14, 2007 |
| Pre-Trial Conference Date: (was 5/4/07) | September 21, 2007 8:30 a.m. Judge Ishii |
| Jury Trial (15 days) (was 6/12/07) | October 30, 2007  9:00 a.m. Judge Ishii |

25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| DATED: March 7, 2007 | | LAW OFFICES OF MILES, SEARS & EANNI |

By:    /s/ Richard C. Watters
        RICHARD C. WATTERS
        DOUGLAS GORDON
        Attorneys for Plaintiff BRIAN HALL

DATED: February 27, 2007        MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:    /s/ Lowell Carruth
        LOWELL CARRUTH
        Attorneys for Defendant and Third Party
        Plaintiff NORTH AMERICAN
        INDUSTRIAL SERVICES, INC.

DATED: March 9, 2007        LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:    /s/ Victoria A. Chinn
        SHAWN A. TOLIVER
        CHRISTOPHER J. NEVIS
        VICTORIA A. CHINN
        Attorneys for Third Party Defendants
        AES MENDOTA L.P. (erroneously named
        herein as AES - MENDOTA L.P.
        and formerly known as MENDOTA
        BIOMASS POWER, LTD.) and
        THE AES CORPORATION (erroneously
        named herein as AES CORPORATION)

///
///
///
///
///
///
///

## ORDER

The Court, having considered the above stipulation and good cause appearing, hereby orders that the discovery deadlines and pretrial conference dates and trial date in the action entitled *Hall v. North American Industrial Services, Inc., et al.* (N.D. Cal. Case No. 1:06-CV-00123-AWI-SMS) be continued as delineated hereinabove.

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

**Dated:   March 16, 2007**            _____/s/ Sandra M. Snyder_____
icido3                                         UNITED STATES MAGISTRATE JUDGE