1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHAWN A. TOLIVER, SBN 148349
2  CHRISTOPHER J. NEVIS, SBN 162812
   VICTORIA A. CHINN, SBN 206815
3  One Sansome Street, Suite 1400
   San Francisco, California 94104
4  Telephone:  (415) 362-2580
   Facsimile:  (415) 434-0882

Attorneys for Third Party Defendants
AES MENDOTA L.P. (erroneously named herein as AES - MENDOTA L.P.
and formerly known as MENDOTA BIOMASS POWER, LTD.) and
THE AES CORPORATION (erroneously named herein as AES CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN HALL, | CASE NO. 1:06-CV-00123-AWI-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING DATE CERTAIN FOR FEDERAL RULE 26 INITIAL DISCLOSURES** |
| NORTH AMERICAN INDUSTRIAL SERVICES GROUP; and DOES 1-50, Inclusive, | |
| Defendants. | Action Filed: February 3, 2006<br>Trial Date: October 30, 2007 |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | |
| Third Party Plaintiff, | |
| v. | |
| AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD., | |
| Third Party Defendants. | |
| AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD., | |
| Counter-Claimants, | |
| v. | |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | |
| Counter-Defendant. | |

4834-0582-3489.1

STIPULATION AND ORDER

1    It is hereby stipulated between the parties that April 5, 2007 shall be the date certain for the
2 service of Federal Rule 26 Initial Disclosures by plaintiff and third party defendants AES
3 MENDOTA L.P. and The AES CORPORATION.
4    The parties hereby stipulate and agree, and request that the Court order, that any further
5 disclosure statements required pursuant to Federal Rule of Civil Procedure Rule 26 shall be served
6 on or before April 5, 2007.

8  DATED: March 21, 2007          LAW OFFICES OF MILES, SEARS & EANNI

10                                By:  /s/ Richard C. Watters
                                       RICHARD C. WATTERS
11                                     DOUGLAS GORDON
                                       Attorneys for Plaintiff BRIAN HALL

14  DATED: March 21, 2007         MCCORMICK, BARSTOW, SHEPPARD, WAYTE
                                  & CARRUTH, LLP

17                                By: /s/ Lowell Carruth
                                      LOWELL CARRUTH
                                      Attorneys for Defendant and Third Party
18                                    Plaintiff NORTH AMERICAN
                                      INDUSTRIAL SERVICES, INC.

21  DATED: March 22, 2007         LEWIS BRISBOIS BISGAARD & SMITH, LLP

23                                By:  /s/ Christopher J. Nevis
                                       SHAWN A. TOLIVER
24                                     CHRISTOPHER J. NEVIS
                                       VICTORIA A. CHINN
25                                     Attorneys for Third Party Defendants
                                       AES MENDOTA L.P. (erroneously named
26                                     herein as AES - MENDOTA L.P.
                                       and formerly known as MENDOTA
27                                     BIOMASS POWER, LTD.) and
                                       THE AES CORPORATION (erroneously
28                                     named herein as AES CORPORATION)

4834-0582-3489.1                  -2-
                           STIPULATION AND ORDER

## ORDER

The Court, having considered the above stipulation and good cause appearing, hereby orders that all further Initial isclosures pursuant to Federal Rules of Civil Procedure, Rule 26 in the action entitled *Hall v. North American Industrial Services, Inc.,* et al., (N.D. Cal. No. 1:06-CV-00123-AWI-SMS) shall be served on or before April 5, 2007.

IT IS SO ORDERED.

**Dated:    March 22, 2007**              /s/ Sandra M. Snyder
icido3                        UNITED STATES MAGISTRATE JUDGE