**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SBN 148349
CHRISTOPHER J. NEVIS, SBN 162812
VICTORIA A. CHINN, SBN 206815
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone:	(415) 362-2580
Facsimile:	(415) 434-0882

Attorneys for Third Party Defendants
AES MENDOTA L.P. (erroneously named herein as AES - MENDOTA L.P. and formerly known as MENDOTA BIOMASS POWER, LTD.) and
THE AES CORPORATION (erroneously named herein as AES CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES GROUP; and DOES 1-50, Inclusive,<br><br>　　　　Defendants.<br>_____<br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.,<br><br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD.,<br><br>　　　　Third Party Defendants.<br>_____<br>AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD.,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.,<br><br>　　　　Counter-Defendant.<br>_____ | CASE NO. 1:06-CV-00123-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><br>Action Filed: February 3, 2006<br>Trial Date:　　October 30, 2007 |

4849-1675-7249.1

STIPULATION AND ORDER

It is hereby stipulated between the parties that defendant THE AES CORPORATION shall have through and including April 12, 2007 to file and serve its Answer to plaintiffs' First Amended Complaint filed by defendant THE AES CORPORATION.

The parties hereby stipulate and agree, and request that the Court order, that the answer by Defendant, THE AES CORPORATION, to plaintiffs' First Amended Complaint shall be filed and served on or before April 12, 2007.

DATED: April 5, 2007        LAW OFFICES OF MILES, SEARS & EANNI

By:  /s/ Douglas L. Gordon
     RICHARD C. WATTERS
     DOUGLAS GORDON
     Attorneys for Plaintiff BRIAN HALL

DATED: April 5, 2007        MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:  /s/ Lowell T. Carruth
     LOWELL CARRUTH
     Attorneys for Defendant and Third Party
     Plaintiff NORTH AMERICAN
     INDUSTRIAL SERVICES, INC.

DATED: April 4, 2007        LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:  /s/ Victoria Chinn
     SHAWN A. TOLIVER
     CHRISTOPHER J. NEVIS
     VICTORIA A. CHINN
     Attorneys for Third Party Defendants
     AES MENDOTA L.P. (erroneously named
     herein as AES - MENDOTA L.P.
     and formerly known as MENDOTA
     BIOMASS POWER, LTD.) and
     THE AES CORPORATION (erroneously
     named herein as AES CORPORATION)

4849-1675-7249.1                -2-
STIPULATION AND ORDER

# ORDER

The Court, having considered the above Stipulation and good cause appearing, hereby orders that defendant THE AES CORPORATION shall have through and including April 12, 2007 to file and serve its Answer to plaintiffs' First Amended Complaint in the action entitled *Hall v. North American Industrial Services, Inc.,* et al., (E.D. Cal. No. 1:06-CV-00123-AWI-SMS).

IT IS SO ORDERED.

**Dated:   April 5, 2007**              /s/ Sandra M. Snyder
icido3                                               UNITED STATES MAGISTRATE JUDGE