1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SBN 148349
2 CHRISTOPHER J. NEVIS, SBN 162812
JANE A. CORNING, SBN 104327
3 VICTORIA A. CHINN, SBN 206815
One Sansome Street, Suite 1400
4 San Francisco, California  94104
Telephone:    (415) 362-2580
5 Facsimile:    (415) 434-0882

6 Attorneys for Defendant, Third Party-Defendants, and Counter-plaintiffs AES MENDOTA, L.P. (erroneously named herein as AES-MENDOTA L.P. and formerly known as MENDOTA
7 BIOMASS POWER, LTD.) and THE AES CORPORATION (erroneously named herein as AES CORPORATION)

8                     UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN HALL, | CASE NO. 1:06-CV-00123-AWI-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE FOR PURPOSE OF TAKING DEPOSITION OF EXPERT LARRY ANDERSON, PH.D.** |
| NORTH AMERICAN INDUSTRIAL SERVICES GROUP; and DOES 1-50, Inclusive, | |
| Defendants. | |
| | Action Filed: February 3, 2006 |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | Trial Date:    October 30, 2007 |
| Third Party Plaintiff, | |
| v. | |
| AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD., | |
| Third Party Defendants. | |
| AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD., | |
| Counter-Claimants, | |
| v. | |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | |
| Counter-Defendant. | |

4836-6109-8241.1

STIPULATION

The parties, Plaintiffs BRIAN HALL and JEAN HALL, and Defendants, NORTH AMERICAN INDUSTRIAL SERVICES, INC. and THE AES CORPORATION, through their respective attorneys of record, hereby stipulate that the expert discovery cut-off date of August 15, 2007 shall be extended to August 16, 2007 for the purpose of taking the deposition of Defendant THE AES CORPORATION's expert Larry Anderson, Ph.D.

DATED: July 3, 2007               LAW OFFICES OF MILES, SEARS & EANNI

                                  By:    /S/ Richard C. Watters
                                         RICHARD C. WATTERS
                                         DOUGLAS GORDON
                                         Attorneys for Plaintiffs BRIAN HALL and
                                         JEAN HALL

DATED: July 2, 2007               MCCORMICK, BARSTOW, SHEPPARD, WAYTE
                                  & CARRUTH, LLP

                                  By:    /S/ Lowell Carruth
                                         LOWELL CARRUTH
                                         Attorneys for Defendant and Third-Party
                                         Plaintiff NORTH AMERICAN
                                         INDUSTRIAL SERVICES, INC.

                                  LYNBERG & WATKINS APC

                                  By:    /S/ Dana Alden Fox
                                         DANA ALDEN FOX
                                         LEAH K. BOLEA
                                         Attorneys for Defendant and Third-Party
                                         Plaintiff NORTH AMERICAN
                                         INDUSTRIAL SERVICES, INC.

1  DATED: June 30, 2007                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____/S/  Christopher J. Nevis_____
CHRISTOPHER J. NEVIS
Attorneys for Defendant and Third Party-Defendants and Counter-plaintiffs AES MENDOTA, L.P. (erroneously named herein as AES-MENDOTA L.P. and formerly known as MENDOTA BIOMASS POWER, LTD.) and THE AES CORPORATION (erroneously named herein as AES CORPORATION)

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400

4836-6109-8241.1                                -3-
STIPULATION

## ORDER

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the expert discovery cut-off date of August 15, 2007 be extended one day to August 16, 2007 in order to take the deposition of Defendant THE AES CORPORATION's expert Larry Anderson, Ph.D.

IT IS SO ORDERED.

**Dated:   July 3, 2007**            /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE