Dana Alden Fox, Esq. #119761
Leah K. Bolea, Esq. #242252
LYNBERG & WATKINS APC
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Lowell T. Carruth, Esq. #034065
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Donald W. Boyajian, Esq. (*Pro Hac Vice*)
DREYER BOYAJIAN LLP
75 Columbia Street
Albany, NY 12210
Telephone: (518) 463-7784
Facsimile: (518) 463-4039

Attorneys for Defendant, Third-Party Plaintiff and Counter-Defendant
NORTH AMERICAN INDUSTRIAL SERVICES, INC.
(sued herein as NORTH AMERICAN INDUSTRIAL SERVICES,
INC., and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; and DOE 1 THROUGH DOE 100,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | Case No. 1:06-CV-00123-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FRCP 26**<br><br>Action Filed: February 3, 2006<br>Trial Date: October 30, 2007 |

Stip-Extension.rtf     -1-
**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FRCP 26**

PDF created with pdfFactory trial version www.pdffactory.com

The parties, plaintiffs, BRIAN HALL and JEAN HALL, and defendants, NORTH AMERICAN INDUSTRIAL SERVICES, INC. and THE AES CORPORATION, through their respective attorneys of record, hereby stipulate that each party shall have until July 9, 2007 to file and serve their Supplemental Expert Witness Disclosure Pursuant to FRCP 26.

DATED: June___, 2007        LAW OFFICES OF MILES, SEARS & EANNI

By: ___/s/_____
RICHARD C. WATTERS
DOUGLAS GORDON
Attorneys for Plaintiffs BRIAN HALL and JEAN HALL

DATED: June___, 2007        MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By: ___/s/_____
LOWELL CARRUTH
Attorneys for Defendant and Third-Party Plaintiff NORTH AMERICAN INDUSTRIAL SERVICES, INC.

DATED: June___, 2007        LYNBERG & WATKINS APC

By: ___/s/_____
DANA ALDEN FOX
LEAH K. BOLEA
Attorneys for Defendant and Third-Party Plaintiff NORTH AMERICAN INDUSTRIAL SERVICES, INC.

Stip-Extension.rtf    -2-

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FRCP 26**

PDF created with pdfFactory trial version www.pdffactory.com

1
2  / / /
   DATED: June___, 2007                LEWIS BRISBOIS BISGAARD AND
3                                      SMITH, LLP
4
5                                      By: _____/s/_____
                                       SHAWN A. TOLIVER
6                                           CHRISTOPHER J. NEVIS
                                            VICTORIA A. CHINN
7                                      Attorneys for Third-Party Defendant THE
                                       AES CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip-Extension.rtf     -3-
**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FRCP 26**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that all parties shall have until July 9, 2007 to file and serve their Supplemental Expert Witness Disclosure Pursuant to FRCP 26.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __7/3/2007_____   /s/ Sandra M. Snyder
_____
SANDRA M. SNYDER____
United States Magistrate Judge