|   |   |
|---|---|
| Lowell T. Carruth, # 034065<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone:   (559) 433-1300<br>Facsimile:   (559) 433-2300<br><br>Donald W. Boyajian, Esq. (*Pro Hac Vice*)<br>Dreyer Boyajian LLP<br>75 Columbia St.<br>Albany, NY 12210<br>Telephone:   (518) 463-7784<br>Facsimile:   (518) 463-4039<br><br>Dana A. Fox, Esq., #119761<br>Leah Bolea, Esq., #242252<br>Lynberg & Watkins<br>888 S. Figueroa St., 16th Floor<br>Los Angeles, CA 90017<br>Telephone:   (213) 624-8700<br>Facsimile:   (213) 892-2763<br><br>Attorneys for Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP) | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>            Plaintiffs,<br><br>      v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100,<br><br>            Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | Case No.  1:06-CV-00123-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF DOYLE HIBLER**<br><br>Action Filed:       February 3, 2006<br>Trial Date:          October 30, 2007 |

///

STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs BRIAN HALL and JEAN HALL, and Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC., and Third-Party Defendants THE AES CORPORATION and AES MENDOTA, L.P., and by and through their respective attorneys of record that the non-expert discovery cutoff of July 15, 2007 shall be extended to July 31, 2007 for the limited purpose of taking the deposition of Doyle Hibler.

Dated: July  13 , 2007                                    McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP


                                                                    By:     /s/ Lowell T. Carruth
                                                                              Lowell T. Carruth
                                                                    Attorneys for Defendant, Third-party
                                                                      Plaintiff and Counter-defendant
                                                                    NORTH AMERICAN INDUSTRIAL
                                                                    SERVICES, INC. (sued herein as NORTH
                                                                    AMERICAN INDUSTRIAL SERVICES,
                                                                    INC., and NORTH AMERICAN
                                                                    SERVICES GROUP)


Dated: July   13 , 2007                                   LAW OFFICES OF MILES, SEARS &
                                                                              EANNI


                                                                    By:     /s/ Richard C. Watters
                                                                              Richard C. Watters
                                                                    Attorneys for Plaintiffs BRIAN HALL and
                                                                              JEAN HALL


Dated: July ___, 2007                                     LYNBERG & WATKINS APC


                                                                    By:     /s/  Leah K. Bolea
                                                                              Dana Alden Fox
                                                                              Leah K. Bolea
                                                                    Attorneys for Defendant, Third-party
                                                                      Plaintiff and Counter-defendant
                                                                    NORTH AMERICAN INDUSTRIAL
                                                                    SERVICES, INC. (sued herein as NORTH
                                                                    AMERICAN INDUSTRIAL SERVICES,
                                                                    INC., and NORTH AMERICAN
                                                                    SERVICES GROUP)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2
STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July __13__, 2007

LEWIS, BRISBOIS BISGAARD AND SMITH, LLP

By: __/s/ Victoria A. Chinn__
Christopher J. Nevis
Victoria A. Chinn
Shawn A. Toliver
Attorneys for Third-party Defendants THE AES CORPORATION and AES MENDOTA, LP

---

3

STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the non-expert discovery cut-off date of July 15, 2007 shall be extended to July 31, 2007 for the limited purpose of taking the deposition of Doyle Hibler.

IT IS SO ORDERED.

Dated:  7/24/2007              /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE

03664/00128-1116762.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East

4

STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com