| | |
|---|---|
| 1  Lowell T. Carruth, # 034065 | (SPACE BELOW FOR FILING STAMP ONLY) |
|    McCormick, Barstow, Sheppard, | |
| 2  Wayte & Carruth LLP | |
|    P.O. Box 28912 | |
| 3  5 River Park Place East | |
|    Fresno, CA  93720-1501 | |
| 4  Telephone:   (559) 433-1300 | |
|    Facsimile:    (559) 433-2300 | |

Donald W. Boyajian, Esq. (*Pro Hac Vice*)
Dreyer Boyajian LLP
75 Columbia St.
Albany, NY 12210
Telephone:   (518) 463-7784
Facsimile:    (518) 463-4039

Dana A. Fox, Esq., #119761
Leah Bolea, Esq., #242252
Lynberg & Watkins
888 S. Figueroa St., 16th Floor
Los Angeles, CA 90017
Telephone:   (213) 624-8700
Facsimile:    (213) 892-2763

Attorneys for Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL, | Case No.  1:06-CV-00123-OWW-SMS |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF KIMBLE CLARK** |
| v. | |
| NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100, | |
|  | Action Filed:     February 3, 2006 |
|  | Trial Date:       October 30, 2007 |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS. | |

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs BRIAN HALL and JEAN HALL, and Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC., and Third-Party Defendants THE AES CORPORATION and AES MENDOTA, L.P., and by and through their respective attorneys of record that the expert discovery cutoff of August 15, 2007 shall be extended to August 20, 2007 for the limited purpose of taking the deposition of Kimble Clark.

Dated: July 30, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Lowell T. Carruth
Lowell T. Carruth
Attorneys for Defendant, Third-party Plaintiff and Counter-defendant
NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

Dated: 7-31, 2007

LAW OFFICES OF MILES, SEARS & EANNI

By: /s/ Richard C. Watters
Richard C. Watters
Attorneys for Plaintiffs BRIAN HALL and JEAN HALL

Dated: 8/1, 2007

LYNBERG & WATKINS APC

By: /s/ Leah Bolea
Dana Alden Fox
Leah K. Bolea
Attorneys for Defendant, Third-party Plaintiff and Counter-defendant
NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: 7/31, 2007                                LEWIS, BRISBOIS BISGAARD AND
                                                                     SMITH, LLP

                                                   By: /s/ Christopher J. Nevis
                                                           Christopher J. Nevis
                                                           Victoria A. Chinn
                                                           Shawn A. Toliver
                                                   Attorneys for Third-party Defendants THE
                                                   AES CORPORATION and AES
                                                   MENDOTA, LP

3

STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE
CASE NO. 1:06-CV-00123-AWI-SMS

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the expert discovery cut-off date of August 15, 2007 shall be extended to August 20, 2007 for the limited purpose of taking the deposition of Kimble Clark.

IT IS SO ORDERED.

Dated:   8/3/2007                         /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

03664/00128-1122951.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

4

STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com