| | |
|---|---|
| Lowell T. Carruth, # 034065<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:     (559) 433-2300<br><br>Donald W. Boyajian, Esq. (*Pro Hac Vice*)<br>Dreyer Boyajian LLP<br>75 Columbia St.<br>Albany, NY 12210<br>Telephone:    (518) 463-7784<br>Facsimile:     (518) 463-4039<br><br>Dana A. Fox, Esq., #119761<br>Leah Bolea, Esq., #242252<br>Lynberg & Watkins<br>888 S. Figueroa St., 16th Floor<br>Los Angeles, CA 90017<br>Telephone:    (213) 624-8700<br>Facsimile:     (213) 892-2763<br><br>Attorneys for Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP) | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>            Plaintiffs,<br><br>       v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100,<br><br>            Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | **NEW** Case No.  1:06-CV-00123-OWW-SMS<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF KIMBLE CLARK**<br><br>Action Filed:         February 3, 2006<br>Trial Date:           October 30, 2007 |

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs BRIAN HALL and JEAN HALL, and Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC., and Third-Party Defendants THE AES CORPORATION and AES MENDOTA, L.P., and by and through their respective attorneys of record that the expert discovery cutoff of August 15, 2007 shall be extended to August 30, 2007 for the limited purpose of taking the deposition of Kimble Clark.

Dated: August 7, 2007                        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Lowell T. Carruth
Lowell T. Carruth
Attorneys for Defendant, Third-party Plaintiff and Counter-defendant
NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

Dated: August 8, 2007                        LAW OFFICES OF MILES, SEARS & EANNI

By: /s/ Richard C. Watters
Richard C. Watters
Attorneys for Plaintiffs BRIAN HALL and JEAN HALL

Dated: August 7, 2007                        LYNBERG & WATKINS APC

By: /s/ Leah K. Bolea
Dana Alden Fox
Leah K. Bolea
Attorneys for Defendant, Third-party Plaintiff and Counter-defendant
NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August __8__, 2007 | LEWIS, BRISBOIS BISGAARD AND SMITH, LLP |
| | By: __/s/ Christopher J. Nevis__<br>Christopher J. Nevis<br>Victoria A. Chinn<br>Shawn A. Toliver<br>Attorneys for Third-party Defendants THE AES CORPORATION and AES MENDOTA, LP |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

3

STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that the expert discovery cut-off date of August 15, 2007 shall be extended to August 30, 2007 for the limited purpose of taking the deposition of Kimble Clark.

IT IS SO ORDERED.

Dated: 8/14/2007          /s/ Sandra M. Snyder
                                         SANDRA M. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE

03664/00128-1125484.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

4

STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY CUT-OFF DATE
CASE NO.  1:06-CV-00123-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com