EXHIBIT A



# KIMBLE J. CLARK, Ph.D.
## Mechanical Engineer – Thermosciences
## and
## Vice President

Dr. Kimble Clark has over 40 years of experience in solving equipment and system problems in mechanical engineering and the thermosciences using engineering analysis and testing. His technical specialties include heat transfer, fluid mechanics, thermodynamics and combustion. He has conducted many investigations into the origin and cause of complex fires and explosions in chemical process plants, industrial facilities and commercial and residential buildings. Dr. Clark is also experienced in providing testimony for deposition, mediation, arbitration and trial.

### SPECIALIZED PROFESSIONAL COMPETENCE

- Thermodynamics
- Fuel science
- Failure analysis and prevention
- Heat transfer
- Fluid mechanics
- Combustion
- Thermalhydraulics
- Process engineering
- Design defect analysis
- Fire origin and cause investigation

- Explosion origin and cause investigation
- Incident investigation
- Accident reconstruction
- Forensic photography
- Laboratory testing
- Full-scale field testing
- Patent evaluation
- Consulting and expert witness

### EQUIPMENT

- Utility boilers
- Industrial boilers
- Pressure vessels
- Heat exchangers
- Industrial furnaces
- Residential gas furnaces
- Gas water heaters
- Industrial chillers
- Building HVAC

- Steam tubing
- Steam turbines
- Combustion turbines
- Pumps
- Fans
- Valves and piping
- Engines
- Structures
- Vacuum deposition


Engineering Services, Inc.

KIMBLE J. CLARK, Ph.D.

## INDUSTRIES

- Power generation
- Petrochemical
- Manufacturing
- Construction
- Agriculture
- Marine
- Steel

- Metals processing
- Commercial gas appliance
- Residential gas appliance
- Aerospace
- Medical
- Electronics

## RECENT WORK

**Fires and Explosions** — Investigation of origin and cause of numerous fires and explosions in chemical plants, refineries, steel and metal heat treating plants, warehouses, commercial and residential buildings, and ships involving a wide range of fuels and explosives including wood,
natural gas, propane, hydrogen, coke oven gas, gasoline, oil, epoxy, hydraulic fluid, bunker fuel, methanol, hydroxylamine, ammonium perchlorate, ammonium nitrate, sodium hydrosulfite, sodium nitrate, potassium nitrate, HMX, and metals (aluminum, titanium).

**Boilers, Heaters, and Furnaces** — Investigation of equipment design defects and improper operation which cause waterwall and steam tube failures, burner and structural failures, fires and explosions, and carbon monoxide poisoning. Development of methods to prevent these failures; equipment includes utility boilers, heat recovery boilers, industrial furnaces and boilers, and commercial and residential water heaters and furnaces; fuels include coal, oil, gas, municipal waste, agricultural and wood waste, and mixtures thereof.

**Engines and Turbines** — Investigation of stationary, truck and marine diesel engine failures; marine and land-based combined cycle and cogeneration steam and combustion turbine failures; determination of equipment impact due to use of off-specification fuels.

**Petrochemical and Process** — Investigation of ethylene plant heat exchanger shell catastrophic failure, geothermal steam well casing failure, urea reactor vessel failure, oil well fires and explosions; natural gas pipeline regulator failure; analysis of precision metering pump patent dispute; process analysis and testing of synthetic and biomass fuels in engines, turbines, and boilers; analysis of heat and mass balances for combined cycle power plants; analysis of oxygen cylinder fires.

**Agricultural** — Industrial refrigeration performance testing and system failure investigations; assessment of thermal insulation in growing room.