EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
BRIAN N. HALL and JEAN M. HALL,)
                               )
             Plaintiffs,       )
                               )
        vs.                    )Case No. 1:06-CV-00123
                               )        AWI-SMS
NORTH AMERICAN INDUSTRIAL      )
SERVICES, INC.; NORTH AMERICAN )
SERVICES GROUP; DOE 1 THROUGH  )
DOE 100,                       )
                               )
             Defendants.       )
_____)
```

DEPOSITION OF <u>KIMBLE J. CLARK, Ph.D.</u>

commencing at 9:00 a.m. on Thursday, August 30, 2007,

at 906 N.W. Harriman Avenue, Bend, Oregon  97701,

before GENIE L. KELLEY, R.P.R., C.M., C.S.R. #90-0149.

<u>OUR FILE NO.</u>:   5403

COPY

CASCADE COURT REPORTERS, INC.
(541) 385-5664

1  KIMBLE J. CLARK, Ph.D.
2  called as a witness on behalf of Plaintiff, being first
3  duly sworn to tell the truth, the whole truth and
4  nothing but the truth, was examined and testified as
5  follows:
6  EXAMINATION
7  Q.   (BY MR. SEILER)  State your full name, please.
8  A.   Kimble J. Clark.
9  Q.   What is your business or occupation?
10 A.   I'm a consulting engineer.
11 Q.   What is your age?
12 A.   66.
13 Q.   Dr. Clark, before I forget, I'm going to hand
14 you a check here for $620, which I understand is two
15 hours of your time.  If we don't go that long you can
16 rebate as appropriate.  If we go over, then I'll have
17 to send you another check, and Mr. Carruth will tell
18 you that I'm good for it.
19 A.   Okay.  Thank you.
20      MR. TOLIVER:  Assumes facts not in evidence.
21      MR. CARRUTH:  I will say he is good for it.
22 We will stipulate to that, then.
23 Q.   (BY MR. SEILER)  Before we get started, Dr.
24 Clark, I asked you to dig out your report.  Have you
25 done that?

1    Q.   All right.  Then go to Page 1-3, second
2  paragraph you state that there was this 45- to
3  60-minute period following the initial blast.
4    A.   Yes.
5    Q.   And you say that during that period NAIS
6  personnel were strictly observers and AES/Mendota
7  personnel operated all fire hoses and rods and
8  otherwise were in control of all post-blast activities.
9    A.   Yes.
10   Q.   Now, I want to make sure I understand what you
11 are saying there.
12       If we can talk about the blast activities as
13 opposed to the overall activities at the Mendota plant
14 that day.
15   A.   Okay.
16   Q.   Would you agree, sir, that NAIS was in control
17 of those activities at least up to the point of the
18 blast?
19   A.   No.
20   Q.   Okay.  Who was in control, again regarding the
21 blasting operation, up to the point of the blast?
22       MR. TOLIVER:  Including the blast?
23       MR. SEILER:  Well, up to the moment of the
24 blast, yes.
25   A.   The way it works and the way it's reflected in

1  the AES manuals is that AES personnel are in control of
2  safety at all times, even with contractors on board,
3  they are in control of safety for their personnel at
4  all times. It says so in six or seven places in their
5  own manuals and that's the way it works.
6      NAIS is responsible for setting up the charge
7  and detonating the charge with procedures that have
8  been approved by the plant management, so the
9  implication and the direct statements in their own
10 manuals is that AES is in charge of safety for their
11 own employees at all times, no matter which
12 subcontractors are doing whatever on the plant.
13     Q.   Do the AES manuals deal with the subject of
14 blasting and who is responsible in a blasting
15 operation?
16     A.   They deal with everything. Their statements
17 are all inclusive.
18     Q.   Well, I'm asking you now, though, specifically
19 do they say when there is blasting at the plant, this
20 will be the hierarchy or the responsibility or
21 whatever?
22     A.   They -- they say this is the hierarchy for
23 everything so that includes blasting.
24     Q.   They make the general statement?
25     A.   Right.

1  Q.  But they don't specifically say when there is
2  blasting AES is in control?
3  A.  No.  They don't have to because they say they
4  are in control at all times.
5  Q.  Okay.  Now, other than what you have seen in
6  the AES manuals, is there anything else that you can
7  point to to support your idea of who was in control up
8  to -- who was in control up to the point of the blast?
9  A.  Just my familiarity and experience with how
10 power plant operation and maintenance is conducted, and
11 our own company is involved in maintenance -- different
12 kind of maintenance activities.  We are inside boilers
13 every day.  We have crews all around the country.
14      We are always under the jurisdiction of plant
15 management.  They don't let us do anything that they
16 don't know about.  They are not supposed to.  I mean
17 they are -- they are running the plant.  It's their
18 responsibility.
19 Q.  Okay.  So apparently you feel there is a
20 custom and practice in the industry?
21 A.  Absolutely.
22 Q.  All right.  Are you able to point to -- I
23 realize you are not a lawyer, but are you aware of what
24 the law says, if anything, about who is in control of
25 the blasting operation?

```
 1      A.  I don't think there is anything that's -- I've
 2  read all of the depositions or most of the reports, I
 3  should say, of the other experts and the citation of
 4  various rules and regulations and as far as I can tell
 5  there is no regulation out there that says who has
 6  ultimate responsibility.  This is in the area of power
 7  plant management and these codes don't address that
 8  issue.
 9      Q.  Okay.
10      A.  Okay.
11      Q.  So you would not point to any specific legal
12  authority, then?
13      A.  No.
14      Q.  All right.  What about as far as any agreement
15  that you understand existed between AES and NAIS, was
16  there anything in their agreement that specifically
17  dealt with who was in control?
18      A.  No.  They have expectations that their
19  subcontractors will conduct their operations in a safe
20  manner and they have certain subcontractor orientation
21  to address a safety hazard, which they didn't do in
22  this case.  NAIS had no idea that there was unburned
23  fuel in the cyclone that could combust at some time but
24  the plant people should have known that.  That's easily
25  foreseeable.
```

1    <u>They had other training that they are supposed</u>
2    <u>to give to their subcontractors, then they are supposed</u>
3    <u>to review the subcontractors' procedures and approve</u>
4    <u>them.</u>  Says so right in their manuals.
5    Q.   Okay.  You are going way beyond my question.
6    My question now is in your understanding of the
7    agreement, the actual agreement, whether it was verbal
8    or written that existed; in other words, what did AES
9    ask NAIS to do and what did NAIS agree to do?
10   A.   Okay.  I suspect -- I can't recall the exact
11   paperwork.  I expect it was probably just a purchase
12   order because it was a rapid decision to bring NAIS on
13   board that day because they had had these clinkers in
14   there they couldn't remove themselves, being AES.
15        And so they were brought on board to
16   detonate -- they being NAIS was brought on board to
17   detonate an explosive charge placed in a certain
18   location.
19   Q.   Do you recall the specific testimony of Mr.
20   Holbrook and Mr. Sicard?  They had a telephone
21   conversation, didn't they?
22   A.   They may have.  I don't recall.
23   Q.   Okay.
24   A.   I've read both transcripts but it was a while
25   ago.

1  Q. Do you disagree that the evidence showed that
2  Mr. Holbrook called Mr. Sicard and asked him to come
3  and do some work?
4  A. Oh, no, no. I would agree with that.
5  Q. You don't recall what the content of that
6  conversation was?
7  A. No.
8  Q. I think it was basically Mr. Holbrook asked
9  Mr. Sicard to come and do explosive deslagging to clean
10 out the cyclones.
11 A. Right.
12 Q. Would you disagree with that?
13 A. No.
14 Q. And Mr. Sicard agreed to do that.
15 A. Correct.
16 Q. Do you disagree with that?
17 A. No.
18 Q. Do you understand that there were any other
19 terms of the arrangement, contractual terms?
20 A. No, but I know what the word explosive
21 deslagging means in this context and that's what
22 everybody is missing.
23 Q. Well, we can all talk about that and I'm sure
24 there may be different opinions about that but I'm
25 talking about what words, verbal or written, passed

1  between the two parties that defined their relationship
2  that day.
3       Do you have anything to add to what I've
4  already mentioned?
5     A.   No.
6     Q.   Okay. When you say what the specific
7  activities of NAIS were to be that day, then, I take it
8  you are giving me your understanding of what a
9  person -- what a blaster is supposed to do when they
10 are engaged to do explosive deslagging.
11    A.   Yes, and it's consistent with industry
12 standard operating procedure and understanding.
13    Q.   Okay.
14    A.   Okay.
15    Q.   Next line -- well, let me stay with this
16 business of control for a minute.
17         Is there any distinction -- when you say that
18 in the 45- to 60-minute period following the blast that
19 AES was in control --
20    A.   Yes.
21    Q.   -- were they in any greater control after the
22 blast than they were before the blast?
23    A.   Same control.
24    Q.   Now, the next line of the next paragraph says
25 that "At the 45- to 60-minute mark, a large fireball or

1  that, and Mr. Schreiber did most of that leg work.
2      Q.   What was the result?
3      A.   As I recall, Gotaverken didn't exist any
4  longer as a separate corporate entity, that they had
5  been bought by a Canadian company called Kerverner, and
6  we kind of -- the trail kind of faded and we really
7  couldn't locate any office that seemed to be active
8  today that was run by Gotaverken that did design work
9  on boilers like this boiler.
10     Q.   Did Mr. Schreiber prepare a report of any
11 findings he was able to come up with?
12     A.   No formal report, no.
13     Q.   Has anything in the investigation that he did
14 that you just described, has that entered into any of
15 your opinions in this case?
16     A.   Well, it does because we are critical of the
17 Gotaverken design here as being lacking and
18 insufficient for the handling of material that would
19 come out of these cyclones during the cleaning
20 operation.  We are critical from the point of view
21 there seems to be no design provision for safely
22 routing this hot material and protecting the personnel
23 that might be in the area, and their operating -- their
24 maintenance procedures of which there is substantial
25 documentation was totally silent on the issue.

1    Q.  What about the general engineering structure
2 of the plant, the stairwell and the service platforms
3 and all of that?
4    A.  That's all part of the design package.
5    Q.  Is that all something that Gotaverken
6 designed?
7    A.  Yes.
8    Q.  And is that -- do you say that based on having
9 seen drawings showing that?
10   A.  Yes.
11   Q.  And where are those drawings?
12   A.  In my file.
13   Q.  Do you know where they came from, how you
14 obtained them?
15   A.  I got a -- a disk, DVD, of documents produced
16 by AES early on in this case and they were included in
17 that, at least the first round of drawings.  I do
18 remember that.  There may have been some hard copy
19 given to me later.
20   Q.  Were there any changes that you were able to
21 determine in looking at the design drawings and then
22 your visit to the Mendota plant, anything that had been
23 changed that you noted?
24   A.  I didn't note any changes.  I wouldn't be
25 surprised if there were some but I didn't -- I didn't

1    A.    Correct.
2    Q.    Have you analyzed the activities of NAIS
3 people on the day of the accident and ruled out that
4 they did anything wrong?
5    A.    Yes, as far as Mr. Hall's injuries are
6 concerned.
7    Q.    Okay.  What does that mean?
8    A.    Two things.  One is these are two separate
9 events.  The NAIS blasting is one separate event and
10 all the activities almost immediately subsequent to
11 that blasting in which AES personnel were exclusively
12 involved in the further cleaning of the cyclone is a
13 separate activity, spaced such that there was a space
14 of time, in my judgment 45 to 60 minutes between the
15 NAIS blast and the event that injured Mr. Hall, so
16 that's -- that's part of the answer.  I would have to
17 get the rest of your question if I haven't already
18 answered that.
19    Q.    What I want to clearly understand is whether
20 you are of the opinion that NAIS did nothing wrong that
21 day regardless of whether you feel it was a cause or
22 not.
23         Are you saying they operated according to the
24 book, according to the rules for blasters?  Did they do
25 everything right that day?

1    A.   I didn't analyze that in detail.  I know other
2 people did and I've read their statements about they
3 had two guys on-site instead of three and so on.
4         As far as Mr. Hall's injuries are concerned
5 that's inconsequential.
6    Q.   Okay.  So if they did something wrong in your
7 opinion that was not a cause of his injuries?
8    A.   Correct.
9    Q.   Okay.  If we can drop down to opinion two,
10 then, on Page 2-1, you refer to several lengthy written
11 policy manuals on plant safety, fire protection, and
12 emergency action, and my question to you is are you
13 saying that their manuals themselves were deficient or
14 are you simply saying that they did not follow through
15 on the safety procedures and so forth in their manuals
16 in an adequate manner?
17    A.   Both.
18    Q.   Have you attempted somewhere to lay out what
19 the specific deficiencies were in their manuals?
20    A.   I can recite some at this point.
21    Q.   Go ahead.  Would you tell me what specifically
22 is deficient?
23    A.   One thing that I noted very pertinent to Mr.
24 Hall's injuries is their dress code, and it was very
25 loose and lax and permitted the wearing of clothing

1   something is a minimum, are you critical of his attire
2   or not?
3       A.   Well, if I were him I would have worn more for
4   sure. I don't think -- I would like -- I would say one
5   thing, I don't think Mr. Sicard is a process engineer.
6   He is a blaster. I don't think he is -- I don't think
7   he was fully informed of what the hazards were, and
8   right in the AES manuals they say their obligation, AES
9   management's obligation is to familiarize all
10  subcontractors with all foreseeable hazards that they
11  might be exposed to.
12      Q.   Okay. On Page 6-3, the last paragraph, and
13  piecing things together, you state in that paragraph
14  that NAIS are not cyclone cleanout specialists. Do you
15  see that?
16      A.   That's correct.
17      Q.   Okay. I'm wondering what you base that on. I
18  thought that was exactly their specialty was cleaning
19  boilers in general.
20      A.   Well, you have to -- you have to understand
21  how the industry works. They bring -- when you do a
22  blast operation like this, whether it's a cyclone
23  cleanout or a furnace cleanout, tubes, whatever, they
24  just bring a small team on board, on site, to do one
25  thing and that's to detonate the explosive.

1   <u>After the explosive is detonated the plant</u>
2   <u>personnel take care of everything else.  They take care</u>
3   <u>of the clean up of all the slag, moving it away, all</u>
4   <u>the disposal, they go in there with their own teams.</u>
5   <u>That's number one.</u>
6          Number two, all a guy like Sicard really knows
7   is how to detonate explosives.  He really doesn't know
8   what hazard potential exists in a cyclone because he
9   has no way of knowing what the operation was in the
10  previous days, he has no way of knowing what the -- how
11  much unburned fuel is accumulated.  He just doesn't
12  have that knowledge.
13         So they are not boiler specialists, they are
14  blasting specialists, and that's what I mean by this
15  paragraph.
16     Q.  Continuing with that paragraph and beginning
17  with the last line on Page 6-3 when you describe the
18  explosive charge, then you say "Some solid material
19  flowed out the midway door immediately after the
20  explosive detonation but no flash fire occurred."
21         Did I read that correctly?
22     A.  Yes.
23     Q.  Why is that significant, that there was no
24  immediate flash fire?
25     A.  Well, the main significance is that there was

```
 1   Nomex suit.
 2       Q.   Okay.  I think I'm getting close to finished
 3   here.  Let's see.  Yeah, if we can go to your CV and
 4   page two of your CV, in appendix A.
 5       A.   Yes.
 6       Q.   When you -- when you refer to recent work and
 7   specifically you refer to boilers, heaters and
 8   furnaces.
 9       A.   Yes.
10       Q.   Have you done any other work, let's not even
11   limit it to recent work, where you have analyzed the
12   conduct of blasters in working with boilers, heaters or
13   furnaces?
14       A.   Actually not to this extent.  We reviewed some
15   shotgun blasting, which is -- which used to be the
16   old-fashioned way of blasting slag off of boilers,
17   because sometimes it does tube damage and that's one of
18   our specialties is assessing tube -- boiler tube
19   damage.
20       Q.   Is this the first case that you can recall
21   where you have dealt with specifically the conduct of a
22   blaster versus the conduct of the plant that hired it?
23       A.   Yes.
24       Q.   Okay.  Going to the very last page of Exhibit
25   1, which is your addendum, page two, very last page of
```