EXHIBIT C

# EXPERT WITNESS REPORT
## Hall v. North American Industrial Services, et al.

*Final Report*
*May 31, 2007*

*Prepared for:*
**McCormick, Barstow LLP**

*on behalf of:*
**North American Industrial Services**

*Prepared by:*
**Douglas B. Olson, Ph.D.**

BakerRisk Project No.
01-01592-001-06



# AES MENDOTA CYCLONE
# CLEARING ACCIDENT

## SEPTEMBER 20, 2005
## MENDOTA, CA

**BAKERRISK**
BAKER ENGINEERING AND
RISK CONSULTANTS, INC.
3330 Oakwell Court, Suite 100
San Antonio, TX 78218-3024
Tel: (210) 824-5960
Fax: (210) 824-5964

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## Table of Contents

1.0 INTRODUCTION ...................................................................................................................1

2.0 BACKGROUND ...................................................................................................................2

    2.1   Overview of Events .............................................................................................2

    2.2   Blasting Procedures and Safety ..........................................................................2

3.0 MATERIAL REVIEWED .....................................................................................................3

4.0 SEQUENCE OF EVENTS .....................................................................................................5

5.0 DISCUSSION ......................................................................................................................7

    5.1   What Happened? .................................................................................................7

    5.2   Why Did It Happen? ...........................................................................................7

6.0 OPINIONS ........................................................................................................................10

7.0 EXPERT QUALIFICATIONS AND RATES ...........................................................................12

### Appendices

Appendix A.   Resumes and Testimony Experience ................................................... 13

Appendix B.   List of Publications (Last 10 Years) ................................................... 16

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 1.0 INTRODUCTION

Baker Engineering and Risk Consultants, Inc. (BakerRisk) was retained by Mr. Lowell Carruth to assist McCormick Barstow LLP with the investigation of the September 20, 2005 accident at the AES Mendota power plant located in Mendota, California.   A site inspection of the AES Mendota California power plant was made during this work.

The following sections include background information from the incident, material reviewed, a timeline of the sequence of events, discussion of what happened and why the accident happened, and conclusions and opinions about the accident.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 2.0  BACKGROUND

### 2.1  Overview of Events

On September 19, 2005 the AES Mendota (AES) biomass-fueled electric generating plant located in Mendota, CA experienced an outage. AES concluded that the cyclones that are part of the combustion system were plugged. On September 20, 2005, AES called North American Industrial Services (NAIS) to assist in clearing the cyclone pluggages using blasting techniques. NAIS responded to the request and completed one clearing shot that afternoon. The clearing shot performed at the midlevel access opening to the west cyclone was only partially successful, with hot pluggage material released for a short time. Release of this material created fires and a build-up of hot material from the cyclone on the landing that AES personnel fought using fire hoses spraying water. The NAIS team withdrew from the area where firefighting was on-going. Approximately 45 minutes to an hour after the NAIS shot, a sudden release of a large quantity of pluggage material containing combustible material caused several personnel to be injured, one seriously.

### 2.2  Blasting Procedures and Safety

The technique of using explosions to remove deposits from combustors, boilers, and similar devices is well-known in the power industry and is one of several techniques that can be applied to solving such industrial problems.

NAIS uses three types of explosive devices in this type of work: detonators, detonating cord, and binary explosives charges. Detonating cord was not used at AES Mendota, so it will not be discussed in this report. NAIS used an electric detonator, commonly known as a blasting cap, on the day of the incident at AES. An electric detonator is a small device containing about 1/30 of an ounce (about 1 gram) of explosive material, which is electrically initiated to fire the rest of the explosives chosen for the shot.

The explosive used by NAIS at AES was one stick containing approximately one pound of binary explosive. Commonly called a Kinepak, the binary explosive was created on-site by mixing two materials, a liquid (nitromethane) and a solid (ammonium nitrate), which separately are not classified as explosives and can be handled, stored, and transported as non-explosive materials. Thus, a "binary explosive" is not an explosive until the two components are mixed. The Kinepak was invented in 1970 and is widely used in industry. A one-pound Kinepak charge is approximately 9 inches long. Its velocity of detonation is 20,700 ft/s, so the time for the detonation to occur is about 50 microseconds. The high pressure gas produced by the explosion propagates into the surroundings faster than the speed of sound, which is faster than 1,000 ft/s, so that the blast wave is over in a few seconds.

Section 16 of the *NAIS Health and Safety Program* manual describes their Explosives Training Manual and their Explosives program. The manual provides training on types of explosives, firing systems, placement of charges, record keeping, and safety precautions. The Explosives program described responsibilities, procedures, contingency plans, training, and record keeping.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 3.0   MATERIAL REVIEWED

Material reviewed in the course of this program included the following:

- Deposition of David Righthouse – October 24, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of Mark Holbrook – October 18, 2006 – No. 1:06-CV-00123-AWI-SMS
- Deposition of Brian Hall – October 20, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of William Vincenti – October 25, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of Edward Sanchez – October 25, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of Erick Navarro – October 25, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of David Samson – October 24, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of Vicky Scott – November 29, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of John Dominquez – November 29, 2006 – No. 1:06-00123-AWI-SMS
- Deposition of Albert Ordway – November 29, 2006 – No. 1:06-00123-AWI-SMS
- Initial Disclosures by North American Industrial Services, Inc. – February 3, 2006 – Exhibit A and Exhibit B
- Letter – Offer of Employment for Operations Manager Position – to Brian Hall
- Subpoenaed Records, Hall v. North American - #03664.128 LTC
- North American Industrial Services, Inc. Training Manual for Explosive Personnel
- North American Services Group – Health and Safety Program Volume I – November 2001
- Fresno County Sheriff's Department – Incident Report – Tuesday, September 20, 2005
- Department of Forestry and Fire Protection Fire Report – Thursday, November 5, 2005
- Department of Forestry and Fire Protection Preliminary Fire Investigation – September 20, 2005
- Mendota Biomass Power, Ltd. Accident Report Form – (Previous Mendota Accident Reports AES 0011643 – AES 0011667)
- Department of Industrial Relations – Divisional Occupational Safety and Health – Incident Report – 120215942 – March 10, 2006
- First American Title Company – CLTA Lot Book Guarantee – November 2, 2006
- Department of Food and Agriculture Permit – Permit No. QC1091 – December 29, 2005
- Workers Compensation Appeals Board – Application for Adjudication of Claim – Case No. FRE 0234275 – 000009
- Workers Compensation Appeals Board – Deposition of Mark Holbrook – Wednesday, December 21, 2005

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

- Workers Compensation Appeals Board – Deposition of James T. Smith – Wednesday, December 21, 2005

- Workers Compensation Appeals Board – Deposition of David Righthouse – Wednesday, December 21, 2005

- Workers Compensation Appeals Board – Deposition of David Michael Samson – Wednesday, December 21, 2005

- Examination before trial for Christopher M. Scringe – July 11, 2006 – No. 1:06-CV-00123-AWI-SMS

- Deposition of Robert England – Tuesday, November 21, 2006 – No. 1:06-CV-00123-AWI-SMS

- Deposition of Jeff Kennedy – Tuesday, November 21, 2006 – No. 1:06-CV 00123-AWI-SMS

- CD VDS8842, Boxes 1 through 4, Bates Range: AES 0000001-AES 0011641

- DVD Video, 9/23/2005 Plugged Cyclone

- Deposition of Wayne Terry – March 15, 2007

- Deposition of Paul Mikolaycik, April 5, 2007

- Deposition of Sean Sicard, November 15, 2006

- Deposition of Gary McConihay, November 15, 2006

- Deposition of Jeff Mallia, November 15, 2006

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 4.0   SEQUENCE OF EVENTS

The AES Mendota plant had daily log entries throughout the week prior to September 20, 2005 of poor and inconsistent fuel quality (AES 0011697, AES 0011705, AES 0011721, and AES 0011737). On September 19, 2005 the log entries show additional problems, including a motor that burned out, high vapor temperatures, a tube leak, flow obstruction, glassed bed, and a plugged classifier (AES 0011745). These entries show that the plant was not operating normally, ending with a shut-down during the evening of September 19th.

AES had determined that a large quantity of material was plugging the West cyclone, up to about 60 ft above the midlevel door (Holbrook, AES 0011490; Owen, AES 0011495). This pluggage, unlike several previous ones, could not be cleared by AES personnel using techniques such as poking with pipes (Righthouse p. 39, Holbrook, p. 39). AES then decided to call for help (Righthouse p. 47, Holbrook, p. 41). NAIS was called at 8 or 9 a.m. (Holbrook, p. 46), and they arrived at or just before 3 p.m. (September 20, 2005), (England, p. 27). The three NAIS employees were given a contractors briefing, and then they attended a meeting with AES personnel that lasted 10 to 15 minutes (England, p. 39).

NAIS personnel prepared for the unplugging of the west cyclone. NAIS performed a job safety analysis (JSA) (Kennedy, p. 29, England, Exhibit 2). One NAIS person was sent off-site to bring additional supplies, and he was not present at the time of the accident (Kennedy, p. 24). NAIS set up their equipment, fire set (blasting machine), detonator wire, electric detonator, etc., and a one-pound Kinepak charge was taped to the end of a wooden stick and covered for protection from the hot environment in the cyclone. Warning signals were given and the shot was fired without incident.

Hot material came out from the cyclone through the midlevel door onto the landing floor and down through the grizzly (a grate in the floor). However, the quantity that came out was relatively small, estimated as a yard or two (cubic yard) (Holbrook, p. 55-56), and it stopped in 15 to 30 seconds (Holbrook, p. 56). The grizzly plugged up, and material collected on the landing (Holbrook, p. 61).

The hot material from the midlevel door was commonly described as looking like lava since it was mostly hot glowing sand. A fire soon started in the plywood that AES has mounted around the platform. After unsuccessfully using a fire extinguisher, fire hoses were brought in (within 10 minutes) (Holbrook, p. 58) to fight the fire and spray on the hot material that had collected on the landing.

Subsequently, more material came out of the midlevel door.
> *"That happens all the time. It ratholes and then it gives – breaks loose and then it stops itself back up and then it releases again."* (Holbrook, p. 62)

The AES personnel continued to man the fire hoses, fighting fires and spraying the material on the landing. The NAIS personnel, having finished their shot, had left the landing where AES was using the fire hoses (Holbrook, p. 65).

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

During the time after the cyclone shot and the accident, the weather changed, particularly in wind direction and speed. The wind, which was near calm at the time of the shot (Hall p. 108), increased in speed and shifted direction, such that it was coming approximately from the northwest. This caused debris from the fires to blow toward the AES personnel on the landings (Holbrook, p. 65-68; Vincenti, AES 0011498).

About 10 to 15 minutes after the shot, the local fire company arrived at the AES facility. AES personnel told the fire company that they had everything under control and that they could leave (England, p. 115).

According to Holbrook:
> *"It was noted a storm was blowing in from the North West causing the wind to pick up, at the same time we noticed a small plug at the cyclone door and was using the water hose to break it up, after doing that for about 1 hour the plug finally turned loose...."*
> (Holbrook, AES 0011490)

After AES had been spraying water at the cyclone landing and fighting the fires for 45 minutes to an hour after the shot, (at about 4:30 p.m. (Navarro, AES 0011492; Cooper, AES 0011494; Vincenti, AES 0011498) a large amount of material suddenly came out of the midlevel door, creating a large amount of hot black "smoke" that drifted toward the stairways and landings where personnel were located. One AES employee, Mr. Hall, suffered serious burns. He made his way to the ground level, and 911 was called at 4:47 p.m. (Scott, exhibit 3).

The length of time between the shot and accident was estimated by various witnesses to be between a short time and two hours. The range of 45 to 60 minutes agrees with several witnesses and is reasonable considering that NAIS arrived at the plant at about 3:00 p.m. and the shot was fired between 3:30 p.m. and 3:45 p.m. (Holbrook, AES 0011490; Smith, AES 0011489), (Cooper, AES 0011493). The accident occurred 45 to 60 minutes later, a few minutes before the 911 call at 4:47 p.m.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 5.0   DISCUSSION

### 5.1   What Happened?

What were the conditions that burned Mr. Hall?

- No injuries resulted from the NAIS blast.  The explosion was completed.  Material came out of the midlevel door and then the flow of material stopped.

- The material that later came out of the midlevel door was hot and contained a large fraction of unburned fuel that burned in the resulting cloud upon mixing with air.

- A quantity of material later came out of the door to create a cloud of hot, burning material that went down, to the side, and upward.  The charcoal-like fuel would have a density lower than sand; thus it could separate in the cloud.  Buoyancy of hot gases and burning fuel would cause the cloud to rise, shifted also by the wind, as well as falling toward the ground.

- The wind speed and direction had changed and was such that the cloud moved in a short amount of time generally east to south-east, and engulfed the landings and stairs where Mr. Hall was standing.

- Mr. Hall was not wearing adequate clothing to protect him from exposure to the hot, burning cloud.  His polyester golf shirt melted and burned, allowing more serious burns to occur.  If Mr. Hall had been wearing fire resistant clothing, his injuries would not have been as extensive.  If Mr. Hall had been wearing clothing more appropriate to an industrial environment, such as a long-sleeved cotton shirt, his injuries would not have been as extensive.

### 5.2   Why Did It Happen?

The factors that created the conditions that burned Mr. Hall include:

- AES did not perform a job safety analysis or other hazard analysis to identify, mitigate, and communicate the expected hazards of the cyclone clearing operation to its employees.  This was the first time several of the AES employees had seen blasting used to clear a cyclone.  A polyester golf shirt was not appropriate protective clothing for that location during this type of work.

- AES did not take steps to protect its employees when the wind speed and direction changed during their work on the landing.

- AES assigned Mr. Hall to be Safety Manager of the AES Mendota plant even though he had little or no experience or qualifications for that position.

Case 1:06-cv-00123-OWW-SMS      Document 93-4      Filed 10/05/2007      Page 11 of 41

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

BakerRisk Project No. 01-01592-001-06
*May 31, 2007*

- AES operated the combustor in a manner that built up excess unburnt fuel in the cyclone, which burned in the air when released through the midlevel door.

- AES used plywood on the landing by the midlevel door, which caught fire and required firefighting by AES employees.

- The Sheriff's department reported that AES employees said they were poking at the midlevel door to dislodge the material (Scott, p. 24), which would have been an unsafe practice.

- AES employees reported that they were spraying water on everything near the midlevel door. Spraying water into the cyclone through the doorway would have produced steam that could have caused a sudden release of hot material. AES recognized that unplugging the cyclone could be dangerous (Righthouse, p. 43).

- AES was in overall control of the cyclone clearing operation, including the firefighting activities that began immediately after the NAIS shot and continued for the 45-60 minutes until the accident occurred. NAIS withdrew from the immediate area and did not participate in the fire fighting activities.

- AES allowed Mr. Hall to work with inadequate personal protection equipment close to the midlevel door from which hot and burning material was falling and igniting nearby.

- Mr. Righthouse, the plant manager, gave his opinion of what caused the conditions that created the potential for this accident:

    *"My belief is that the unit was operated incorrectly, with insufficient oxygen, and then the unburned fuel came into the sandlocks where there was additional oxygen available, that unburned fuel would ignite and ignited at a temperature greater than its agglomeration – or fusion point, and that would cause pluggage to start coming up, material to form, almost like glass, and would eventually back up to cause the entire cyclone to back up. ... Continuous operation of that would cause more unburned fuel to pile up in the cyclones."* (Righthouse, p. 91)

    *"The products that I would have seen in the past for cleaning out cyclones would look like sandstone, and they wouldn't have any of the unburned fuel in it. Unburned fuel will look very black, like charcoal. Also, you can literally see pieces of wood that haven't burned, like you'd find on the bottom of your fireplace if you were using wood. ... It was – it was – the predominant material that was in the cyclones, and that was unburned fuel."* (Righthouse, p. 95)

Case 1:06-cv-00123-QWW-SMS      Document 93-4      Filed 10/05/2007      Page 12 of 41

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

*"If there is unburned fuel coming back though the cyclone, through the sandlock, it's at a temperature sufficient to burn, but it hasn't had the oxygen available at the fluidization, it burns, it can burn like a – like a blowtorch or a blast furnace."* (Righthouse, p. 94)

*"I drew the conclusion that we had run for a long period of time while the plug existed, to put that much material in the cyclone."* (Righthouse, p. 97)

*"My conclusion was that the combustor was operated incorrectly."* (Righthouse, p. 114)

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 6.0  OPINIONS

The following conclusions and opinions were reached.

- The accident and injuries to Mr. Hall did not result from the explosive blast conducted by NAIS to clear the pluggage in the AES Mendota west cyclone. The blast was fired safely. Some material was released through the midlevel door as a direct result of the blast, but the pluggage remained.

- NAIS trained their employees on safe handling of explosives. They performed a job safety analysis before their work.

- NAIS personnel withdrew from the immediate area close to the midlevel door, and AES personnel led and controlled further activities. The AES activities continued for 45 minutes to an hour after the NAIS shot before the accident occurred.

- AES had operated the combustor system in a manner to build up a deposit approximately 60 ft high of accumulated material inside the cyclone above the west cyclone midlevel door, and that material contained sand with unburned fuel. Because the material contained unburned fuel, it burned upon release through the midlevel door as it mixed with fresh air.

- AES was responsible for safety at the Mendota plant. AES did not perform a job safety analysis (JSA) on the work to be done with NAIS clearing the west cyclone. The need for additional personnel protective equipment (PPE) was not recognized or specified; the need to monitor the wind speed and direction was not recognized or specified; the hazard from the cyclone material having a high percentage of unburned fuel was not recognized.

- AES was in overall control of the cyclone clearing operation at their facility, including the NAIS clearing operation and firefighting activities after the blast.

- The use of plywood by AES on the landing at the midlevel door caused a fire that required firefighting efforts by AES employees. The hot material from the cyclone also exposed other equipment and wiring to possible damage, also requiring firefighting. These firefighting activities caused AES personnel to be on the landings near to the cyclone midlevel door when hot material was suddenly released.

- AES personnel sprayed water from a fire hose on the pile of material in front of the midlevel door, removing some of the pile, and eventually allowing more material to flow from the midlevel door. This out-rush of material was larger and more sudden than expected, and it created the hot burning cloud that injured Mr. Hall. The AES fire hose spray may have also entered the cyclone itself, creating steam pressure that contributed to the out-rush of material.

- Mr. Hall was wearing a polyester golf shirt that did not protect him from the hot burning cloud. If he had been wearing heavier or fire resistant clothing, his injuries would have

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

been less extensive.

- AES declined help from the local fire company, who arrived soon after AES started fighting the fires caused by the hot cyclone material, and AES personnel continued to lead the fire fighting efforts without assistance.

- The change in wind direction and speed that occurred after the blast caused the large cloud of hot and burning material to cover the stairs and landings where personnel were located. This increased hazard to the AES personnel was apparently not recognized before the accident. AES made no change in the location of their personnel near the midlevel door to reduce their potential exposure to hot burning material blown in their direction by the wind.

- Mr. Hall did not have training or prior experience to serve as Safety Manager.

- If AES personnel were "poking" at the midlevel door to dislodge the plugged material, as reported to the Sheriff's department, this was an unsafe practice that contributed to the accident.

- The facts, testimony, and analysis taken altogether support to a reasonable degree of scientific certainty that NAIS personnel and their blasting did not cause the injury to Mr. Hall on September 19, 2005.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## 7.0  EXPERT QUALIFICATIONS AND RATES

The resume and expert testimony history for Douglas B. Olson are provided in Appendix A, and his list of publications and reports from the last ten years is provided in Appendix B.  The billing rate for Dr. Olson for the work reported is $315/hr.

I reserve the right to modify or supplement our opinions if new information becomes available.

Dated:  May 31, 2007

_____

Douglas B. Olson, Ph.D.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

# APPENDIX A.
# RESUMES AND TESTIMONY EXPERIENCE

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

# DOUGLAS B. OLSON, Ph.D.

### Manager, Testing Operations
### Baker Engineering and Risk Consultants, Inc.

### B.S. in Chemistry, Southwest Texas State University
### M.A. in Physical Chemistry, University of Texas at Austin
### Ph.D. in Physical Chemistry, University of Texas at Austin

Dr. Douglas Olson manages the explosion testing operations, laboratory chemical hazards, and materials engineering testing at Baker Engineering and Risk Consultants, Inc. (BakerRisk), as well as performing accident investigations and explosion consequence analyses. He has over thirty years experience and is the author of thirty-four journal publications and more than one hundred and seventy-five technical reports. His areas of expertise include explosives and combustion chemistry, explosion accident investigations, and experimental hazards testing.

Dr. Olson has performed over twenty on-site investigations of accidental explosions, including: a billion dollar loss vapor cloud explosion in Kuwait; an ammonium nitrate prilling tower explosion; several propellant processing accidents; two oil storage tank explosions; a sulfuric acid tank explosion; an ammonia plant pressure vessel rupture; and a phosphorus plant explosion. In addition, he has provided expert analysis of over fifteen other accidents, including an ammonium nitrate neutralizer explosion, two rail car accidents, and a foundry explosion. He has served as expert witness in over a half-dozen resulting litigations.

Dr. Olson supervises the BakerRisk field and laboratory testing operations, which include high explosive and vapor cloud explosion testing, shock tube testing of structural components, and adiabatic calorimeter testing. One of his specialty areas is predicting thermal runaway hazards in chemical processing and energetic materials handling. This work often involves using finite element modeling of heat transfer from chemical decompositions using the TOPAZ computer code. He has performed TNT equivalency and explosion hazard tests on propellants and organic peroxides. Dr. Olson also serves as Facility Security Officer and assists in the Blast Effects Section of BakerRisk.

Before joining BakerRisk, Dr. Olson was Associate Director for R&D at the Energetic Materials Research and Testing Center (EMRTC) at New Mexico Tech, where he helped in 1997 to establish the Counter Terrorist Explosive Center to characterize terrorist explosive devices, improve explosives detectors, and study non-ideal explosive effects on blast loads. During this time, EMRTC detonated full-scale terrorist bombs as large as 20,000 pounds of TNT. As Adjunct Professor of Chemistry, he taught several counter terrorism training courses, as well as chemistry and chemical engineering courses. Dr. Olson served on a National Research Council committee on terrorism that published *Containing the Threat from Illegal Bombings* in 1998.

Previously at EMRTC, Dr. Olson developed a chemistry group to improve safety in manufacturing and using explosives and propellants. He published an extensive study on electrostatic discharge ignition of explosives. Of particular note was his work on measuring thermal decomposition kinetics of energetic materials for accurate prediction of cook-off hazards at large scale, which he applied to a risk analysis of the potential for detonation of the Minuteman III missile during a silo fire. He developed the EMRTC explosives processing facilities, which included a TNT melt casting operation. Other programs included: developing high-energy anhydrous emulsion explosives; developing rocket propellants based on new oxidizer systems; commercializing semiconductor bridge detonators; and studying lead-free primers for ammunition. He analyzed the safety of several large tests that used conventional explosives to simulate nuclear weapons effects.

**Professional Chronology:**  Southwest Texas State University and University of Texas at Austin, Teaching Assistant, 1965-69; US Army Security Agency, 1969-72; University of Texas at Austin, Assistant Instructor, 1972-77; Los Alamos National Laboratory, Summer Graduate Student, 1968; AeroChem Research Laboratory, Inc., Senior Program Manager and Vice President, 1977-88; New Mexico Tech, Center for Explosives Technology Research, Group Leader, 1988-92; New Mexico Tech, Energetic Materials Research and Testing Center, Associate Director for Research and Development, 1992-98, Adjunct Professor of Chemistry, 1992-00; Baker Engineering and Risk Consultants, Inc., Principal Scientist, 1998-1999; Manager of Testing Operations, 1999-Present.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

**Professional Certifications:** Certified Fire and Explosion Investigator (CFEI)

**Memberships:** American Chemical Society; American Institute of Chemical Engineers; National Defense Industrial Association; National Association of Fire Investigators (NAFI).

## History of Expert Testimony

Ines Castillo et al. v. Oneok, Inc. et al., Cause No. 2005-088, in the County Court at Law Number Three, El Paso County, Texas. BakerRisk expert Report "Testing of Gas Release Scenarios," November 6, 2006, and "Addendum Report to Testing of Gas Release Scenarios," December 14, 2006, BakerRisk project 1602-001, to Brickley, Sears & Sorett on behalf of the defendants.

Ortiz et al. v. Kiewit Offshore Services, Ltd., et al., Cause No. 03-60081-4, in the County Court at Law Number 4, Nueces County, Texas. Deposition taken May 17, 2003, San Antonio, TX. I worked for McDermott, Will, and Emery on behalf of the defendants. Case settled August 2003.

David Bowers et al. v. DeZURIK Inc. et al., Cause No. E-161, 771, in the District Court of Jefferson County, Texas, 172nd Judicial District. BakerRisk expert Report "Praxair Plant Oxygen Fire, Groves, TX, August 20, 1999" to Jenner & Block, LLC, One IBM Plaza, Chicago, IL 60611 on behalf of the defendant. Case settled January 2002.

Civil Action No. 00-1267, USDC, Western District of Louisiana, Lafayette-Opelousas Division. "Union Pacific Train Derailment, Eunice, LA, May 27, 2000," (with Baker, Q.), Wilfred Baker Engineering, Inc. BakerRisk expert Report (A340-001) to Phelps Dunbar, July 2001. Coauthor of expert report. Deposition was given by Quentin Baker.

Appeal of Propellex Corporation Contracts Nos. DAAA09-88-C-0817 and DAAA09-90-C-0455 before the Armed Services Board of Contract Appeal, ASBCA case number 50203. I worked for the US Army Legal Services Agency, Contract Appeals Division, Arlington VA. Depositions were taken by Thompson Coburn, One Mercantile Center, Saint Louis, MO 63101, attorneys for the plaintiff, on June 20-21, October 6, and October 9, 2000. I testified at trial in Saint Louis on October 19, 2000.

Terra International, Inc., et al. v. Mississippi Chemical Corp., Civil Action No. 5:95CV127BrN, Consolidated with Civil Action No. 5:98CV20BrN in the US District Court for the Southern District of Mississippi, Western Division, for the firms Mayer, Brown, and Platt, 190 S. La Salle St., Chicago, IL 60603-3441 and Claussen Miller, 10 South La Salle St., Chicago, IL 60603-1098. Expert report submitted February 12, 1999. Supplemental report, "Investigation into the Origin of the Explosion at the Terra Fertilizer Plant, Port Neal, Iowa," (with Baker, Q., Clark, K., Jones, D., Persson, P., and Staehle, R.), Wilfred Baker Engineering Report (800-002), submitted April 2000. Deposition began June 22, 1999 and was completed February 18, 2000. Case settled.

Prieskorn v. Ryder Truck Rental et al., U.S. District Court No. CIV 95-0409-MV/RLP, for the firm of Henkle, Cox, Eaton, Coffield, and Hensley, L.L.P., 500 Marquette NW, Suite 800, Albuquerque, NM 87102, deposition July 29, 1997 on behalf of the defendant. Case settled.

Polk et al. v. Goodyear et al., Case No. A-147,810. Expert report "Effectiveness of Water Spray in Suppressing a Propane Explosion," for Gann, Miller, and Edwards, 1814 Memorial Drive, Houston, TX 77007, February 26, 1997.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

# APPENDIX B.
## LIST OF PUBLICATIONS (LAST 10 YEARS)

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

## JOURNAL PUBLICATIONS

1. "Violence of Small Scale Cook-off Reactions," (with Brian Melof), 1997 JANNAF Propulsion Systems Hazards Subcommittee Meeting, West Palm Beach, FL, 27-31 October, 1997, CPIA Publication 657.

2. "Electrostatic Discharge Ignition of Energetic Materials," (with Skinner, D., and Block-Bolten, A.), *Propellants, Explosives, and Pyrotechnics*, 23, 34-42 (1997).

3. *Containing the Threat from Illegal Bombings. An Integrated National Strategy for Marking, Tagging, Rendering Inert, and Licensing Explosives and Their Precursors.* National Academy Press, March 1998.

4. "Thermal Decomposition Kinetics of Ammonium Perchlorate," (with Banks, M., and Gill, R.), 1998 JANNAF Propellant Development and Characterization Subcommittee Meeting, 21-24 April, 1998, Houston, TX, CPIA publication 674.

5. "Low Temperature Thermal Decomposition of RDX," (with Gill, R.), unpublished manuscript, 1998.

6. "Detonability of Ammonium Nitrate Solutions," (with Banks, M., Maxwell, D., and Schellhorn, J.), Presented at the AIChE 47th Annual Safety in Ammonia Plants and Related Facilities Symposium, San Diego, CA, September 2002, in preparation for publication in Process Safety Progress, November 2004.

7. "Explosion Forensic Analysis," (with Wesevich, J.W.), Proceedings of the 2005 Structures Congress and the 2005 Forensic Engineering Symposium, American Society of Civil Engineers, April 20–24, 2005, New York, New York

## TECHNICAL REPORTS

1. "Henkin Thermal Stability Tests," New Mexico Tech, Energetic Materials Research and Testing Center Report FR-97-01 to Ensign-Bickford, Inc., Spanish Fork, UT 84660, February, 1997

2. "Effectiveness of Water Spray in Suppressing a Propane Explosion," Expert Witness Report re: Polk et al. v. Goodyear et al., Case No. A-147,810, Expert Report prepared for Gann, Miller, and Edwards, 1814 Memorial Drive, Houston, TX 77007, February 26, 1997.

3. "Safe Emergency Venting of Organic Peroxide Containers," (with Banks, M., Heatwole, E., and Medford, D.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-97-02 to Hercules Incorporated, Wilmington, DE 19894-0001, April 1997.

4. "Environmentally Acceptable Methods of Disposal of Propellants and Explosives," (with Per-Anders Persson), Proceedings, Russia-USA Scientific Exchange Workshop "Utilization of Propellants and Explosives in Slurry Explosives", New Mexico Tech, Research Center for Energetic Materials, April 24-25, 1997.

5. "Flammability Characteristics of Motor Oil," Expert Witness Report re: Prieskorn v. Ryder et al., U.S. D. C. No. CIV 95-0409-MV/RLP, prepared for the firm of Henkle, Cox, Eaton, Coffield, and Hensley, L.L.P., 500 Marquette NW, Suite 800, Albuquerque, NM 87102, July 29, 1997.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

BakerRisk Project No. 01-01592-001-06
May 31, 2007

6. "Advanced Oxidizers for Environmentally Enhanced Propulsion," (with Block-Bolten, A.), Air Force Research Laboratory, Edwards AFB, CA, Final Report PL-TR-97-3033, December 1997.

7. "High Explosive Sensitivity Testing," (with Banks, M., Heatwole, E., Baca, R., and Streetman, B.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-98-01 to Holston Defense Corporation, Kingsport TN, December 1997.

8. "Safe Emergency Venting of Organic Peroxide Containers, Series II," (with Banks, M., Streetman, B., Heatwole, E., Medford, D., and Kaehr, T.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-98-06 to Hercules Incorporated, Wilmington, DE 19894-0001, February, 1998.

9. "Safe Emergency Venting of Organic Peroxide Containers," (with Banks, M., Streetman, B., Heatwole, E., Medford, D., and Kaehr, T.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-98-07 to the Society of the Plastics Industry, Inc., Washington, DC, February, 1998.

10. "Effects of Heating Rate on Organic Peroxide Reactions," (with Banks, M, Streetman, B., Heatwole, E., Medford, D., and Kaehr, T.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-98-13, to the Society of the Plastics Industry, Inc., Washington, DC, July 1998.

11. "Detonability Tests on Alkyl Nitration Process Stream," (with Banks, M, Heatwole, E., Bohling, B., and Kaehr, T.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-98-14, to American Cyanamid Co., July 1998.

12. "Thermal Hazards of Emulsion Explosive," (with Banks, M.), New Mexico Tech, Energetic Materials Research and Testing Center Report FR-98-15, to Energetic Solutions, August 1998.

13. "Black Powder Moisture Analysis," (with Heatwole, E.), re: Appeal of Propellex Corporation Contracts Nos. DAAA09-88-C-0817 and DAAA09-90-C-0455 before the Armed Services Board of Contract Appeal, ASBCA case number 50203, New Mexico Tech, Energetic Materials Research and Testing Center Final Report FR-98-18, to the U.S. Army Legal Services Agency, Contract Appears Division, Arlington VA., October, 1998.

14. "Propellant Detonability Tests," (with Polcyn, M.), Wilfred Baker Engineering, Inc. Final Report (A041-001) to TRW Vehicle Safety Systems, February 1999.

15. "Expert Disclosure of Douglas B. Olson," Wilfred Baker Engineering, Inc. Expert Report (800-002) submitted to Mayer, Brown, and Platt and Clausen Miller P.C., February 1999.

16. "Initial Hazard Review of Proposed High Pressure Testing Facility," Wilfred Baker Engineering, Inc. Final Report (A0501-001) to Schlumberger Wireline and Testing, March 1999

17. "TNT Equivalency of Organic Peroxides," (with Michael Lowak), Wilfred Baker Engineering, Inc. Final Report (A080-001) to Aztec Peroxides, Inc., August 1999.

18. "Testing and Structural Assessment of Building 536 Under Ignition of Ground M6 Propellant," (with Wesevich, J., Lowak, M., Polcyn, M., and Edel, M.), Wilfred Baker Engineering, Inc. Final Report (A118-002) to TPL Inc., January 2000.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

19. "AN Prill Tower Explosion Evaluation," (with Edel, M. and Ketchum, D.), Wilfred Baker Engineering, Inc. Final Report (A121-001) to McDermott, Will, and Emery, February 2000.

20. "Investigation into the Origin of the Explosion at the Terra Fertilizer Plant, Port Neal, Iowa," (with Baker, Q., Clark, K., Jones, D., Persson, P., and Staehle, R.), (800-002) for Mayer, Brown, and Platt and Clausen Miller P.C., April 2000, with April 2000 supplemental submission.

21. "Fort Wingate Accident Investigation," (with Wesevich, J. and Ketchum, D.), Wilfred Baker Engineering, Inc. Final Report (A141-001) to TPL Inc., May 2000.

22. "Investigation of the June 26, 2000 Explosion at the Mina Al-Ahmadi Refinery," (with Baker, Q., Cranefield, J., Pierorazio, A., Oswald, C., Dyer, J., and Schleyer, G.), Wilfred Baker Engineering, Inc. Final Report (A210-001) to Robertson & Co. SA, September 2000.

23. "Monsanto Soda Springs Phosphorous Plant Explosion and Fire," Wilfred Baker Engineering, Inc. Final Report (A249-001) to Monsanto Chemical Co., December 2000.

24. "Escambia County Utilities Authority Andritz Dryer Explosion Investigation," (with Ketchum, D.), Wilfred Baker Engineering, Inc. Final Report (A270-001) to Hartford Steam Boiler Inspection and Insurance Co., February, 2001.

25. "Analysis Support of EPS Incident, Hagerstown, MD – January 7, 2001," Wilfred Baker Engineering, Inc. Final Report (A279-001) to The Valspar Corporation, March, 2001.

26. "Compressor Failure Analysis," (with Benac, D.J.), Wilfred Baker Engineering, Inc. Final Report (A131-001) to Augusta Service Company, March 2001.

27. "Investigation of Ethylene Flare Incident," (with Benac, D.J. and Ketchum, D.E.), Wilfred Baker Engineering, Inc. Final Report (A290-001) to National Starch and Chemical Company, May 2001.

28. "Facility Siting Study of the Olin McIntosh Plant," (with Ketchum, D., Dyer, J., and Woodward, J.), Wilfred Baker Engineering, Inc. Final Report (A295-001) to Olin Corporation, April 2001.

29. "Nitrogen Trichloride Literature Summary and Analysis," (with Schulz, H.), Wilfred Baker Engineering, Inc. Draft Final Report (820-007) to Occidental Chemical Corporation, June 2001.

30. "Union Pacific Train Derailment, Eunice, LA, May 27, 2000," (with Baker, Q.), re: Civil Action No. 00-1267, USDC, Western District of Louisiana, Lafayette-Opelousas Division. Wilfred Baker Engineering, Inc. Expert Report (A340-001) to Phelps Dunbar, July 2001.

31. "Vent Explosion Investigation. October 26, 2001," (with Thomas, J. K.), Wilfred Baker Engineering, Inc. Final Report (A405-001) to Sachem Inc., November 2001.

32. "Praxair Plant Oxygen Fire, Groves, TX, August 20, 1999," re: David Bowers et al. v. DeZURIK Inc. et al., Cause No. E-161, 771, in the District Court of Jefferson County, Texas, 172nd Judicial District, Wilfred Baker Engineering, Inc. Expert Report (A377-002) to Jenner and Block, LLC, One IBM Plaza, Chicago, IL 60611 November, 2001.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

33. "A Taliban Researcher Practiced Crude Science," discussion quoted by James Glanz with David Rohde, New York Times, November 18, 2001.

34. "Vapor Cloud Explosion Case Study," (with Baker, Q.A., Pierorazio, A.J., Oswald, C.J., Dyer, J.N., and Cranefield, J.T.), Baker Engineering and Risk Consultants, Inc. Final Report No. A240-301 to the 2001 Petroleum and Chemical Processing Industry Technology Cooperative, February 12, 2002.

35. "Hazards of Using Gaseous Denotations in Boilers," Baker Engineering and Risk Consultants, Inc. Final Report No. A545-001 to North American Industrial Services, Inc., September 10, 2002.

36. "Celriver Cellulose Acetate Plant Investigation," Baker Engineering and Risk Consultants, Inc. Final Report No. A528-001 to Celanese Acetate, with supplemental report for submission to McLarens Toplis, September 16, 2002.

37. "Minimum Explosive Concentration and Minimum Ignition Energy of Tantalum Capacitor Dust," Baker Engineering and Risk Consultants, Inc. Final Report A444-001 to Hi-Temp Specialty Metals, Inc., August 2002.

38. "Jahn Foundry Explosion Accident. Springfield, MA – February 25, 1999," (with Baker, Q.A., Thomas, J.K., and Kirby, D.C.), Baker Engineering and Risk Consultants, Inc. Expert Report A281-001 to Sidley Austin, Brown & Wood, February 2003.

39. "Pacific Scientific Energetic Materials Co. Propellant Processing Accident Investigation," (with Ketchum, D.E., Gerace, M.A., and Sanborn, W.B., Jr.), Baker Engineering and Risk Consultants, Inc. Final Report 01-00665-001-00 to Fennemore Craig, June 2003.

40. "Nitrotoluene Solution Thermal Reactivity Testing for Incident CSB-2003-01-1-MS (First Chemical)," (with Leggett, D.J., Wehrman, K.A., and Garcia, M.G.), Baker Engineering and Risk Consultants, Inc. Final Report 0663-001, to U. S. Chemical Safety Board, August 5, 2003.

41. "Promised Land Dairy Explosion," Baker Engineering and Risk Consultants, Inc. Expert Report 0510-001, to Brock and Person, P.C., October 13, 2003.

42. "Investigation of the Accidental Explosion at the ConocoPhillips Settles Tank Battery," (with K. Thomas), Baker Engineering and Risk Consultants, Inc. Final Report 0759-001, to ConocoPhillips, October 20, 2003.

43. "Area 13 Blast and Dispersion Analysis," (with Ketchum, D. and Woodward, J.), Baker Engineering and Risk Consultants, Inc. Draft Final Report 0754-001, to URS Corporation, November 17, 2003.

44. "Terminal Refueling Fire Investigation. Western Refining Co., El Paso Texas," (with Larsen, P. and Rodante, T.), Baker Engineering and Risk Consultants, Inc. Final Report 0815-001, to Robins, Kaplan, Miller & Ciresi LLP, May 10, 2004.

45. "BP Texas City UU4 Accident Investigation," (with Ketchum, D., Edel, M., and Mao, Y.), Baker Engineering and Risk Consultants, Inc. Draft Final Report 0881-001, to BP America, Inc., May 14, 2004.

Case 1:06-cv-00123-OWW-SMS   Document 93-4   Filed 10/05/2007   Page 24 of 41

*Hall v. NAIS*                                             *BakerRisk Project No. 01-01592-001-06*
*Expert Report of Dr. Douglas B. Olson*                                                    *May 31, 2007*

46. "Switch Loading Hazards with Low Sulfur Diesel," (with Rodante, T. and Larsen, P.), *The BakerRisk Bulletin*, Vol. 9, Issue 2, May 2004.

47. "Arch Chemical Charleston, Tennessee Calcium Hypochlorite Plant Investigation," (with Kirby, D. and Edel, M.), Baker Engineering and Risk Consultants, Inc. Final Report A577-001, to Arch Chemicals, Inc., June 17, 2004.

48. "Welding on In-Service Thin Wall Pipeline Tests," (with Zanoni, J., Hallgarth, A., Goodrich, M., and Larsen, P.), Baker Engineering and Risk Consultants, Inc. Final Report 0878-001, to Enterprise Product Partners, LP, August 19, 2004.

49. "Accidental Explosion Investigation at the Rinker Materials Portland, Oregon Plant," (with Kirby, D.), Baker Engineering and Risk Consultants, Inc. Final Report 0869-001, to Perkins Coie, LLP, July 8, 2004.

50. "Evaluation of Efferdent Production Cell," (with Ketchum, D., Dyer, J., and Thomas, J.K.), Baker Engineering and Risk Consultants, Inc. Final Report 0951-001, to Pfizer Global Manufacturing, September 10, 2004.

51. "Pressure Relief for New Cyclones," (with Ketchum, D.), Baker Engineering and Risk Consultants, Inc. Final Report 0958-001, to Arch Chemicals, Inc., September 24, 2004.

52. "Lid Lift Calculations," (with Ketchum, D.), Baker Engineering and Risk Consultants, Inc. Final Report 0792-002, to Valspar Corp., September 24, 2004.

53. "Potential Explosion Hazards from UAN Fertilizers," (with Baker, Q.), Baker Engineering and Risk Consultants, Inc. Final Report 0990-001, to The Fertilizer Institute, October 8, 2004.

54. "Investigation of Orica Emulsion Plant Explosion, Lorena, Brazil," (with Edel, Matt), Baker Engineering and Risk Consultants, Inc. Final Report 1032-001, to Orica USA, Inc., December 2004.

55. "CF Industries May 24, 2000 Mole Sieve Explosion," (with Baker, Q. and Wesevich, J.), Baker Engineering and Risk Consultants, Inc. Expert Report 0195-004, to Deutsch, Kerrigan & Stiles, LLP, February 7, 2005.

56. "Classifying Reactivity of Fuels for VCEs," (with Baker, Q. and Tan, M.J.), Baker Engineering and Risk Consultants, Inc. Final Report 0760-301, for the 2004 Explosion Research Cooperative, February 22, 2005.

57. "Managing the Post-Incident Environment," (with Larsen, P.), *The BakerRisk Bulletin*, Volume 10, Issue 2, April 2005.

58. "Flashback Protection Assessment for West Pharmaceuticals," (with J. K. Thomas), Baker Engineering and Risk Consultants, Inc. Report 0615-001, to West Pharmaceutical Services, May 16, 2005.

59. "Explosion Dynamics Analysis of the March 23, 2005 Explosion at the BP, Texas City Refinery Isomerization Unit," (with Baker, Q.A. and Bennett, R.H.), Baker Engineering and Risk Consultants, Inc. Report 1093-002, to BP Americas, Inc., August 4, 2005.

*Hall v. NAIS*
*Expert Report of Dr. Douglas B. Olson*

*BakerRisk Project No. 01-01592-001-06*
*May 31, 2007*

60. "ISI Monclova Site Visit Trip Report," (with Polcyn, M.), Baker Engineering and Risk Consultants, Inc. Draft Report 0316-002, to Tuggle, Duggins & Meschan, P.A., August 15, 2005.

61. "Material Evaluation of Aviation Gasoline Residue on Occupant Clothing from Diamond DA-20C1 Crash, September 21, 2005," (with Leggett, D.J. and Benac, D.J.), Baker Engineering and Risk Consultants, Inc. Final Report 1270-001, for Brooks City-Base, October 21, 2005.

62. "Investigation of the Incident at the Innovene Chocolate Bayou Plant Olefin Unit No. 2 on August 10, 2005," (with Benac, D.J. and Baker, Q.A), Baker Engineering and Risk Consultants, Inc. Final Report 1205-001, for Robertson and Co., November 9, 2005.

63. "Pressure Relief of the Tumble Blender Bin," (with Leggett, D. and Ketchum, D.), Baker Engineering and Risk Consultants, Inc. Final Report 1359-001, for Husch & Eppenberger, LLC, April 28, 2006.

64. "Investigation of Takata Magazine Fire and Explosion, Test Results," Baker Engineering and Risk Consultants, Inc. Final Report 1419-001, for Tuggle Duggins & Meschan, P.A., July 21, 2006.

65. "Investigation of Takata Magazine Fire and Explosion, Summary for Interested Parties," (with Polcyn, M.A.), Baker Engineering and Risk Consultants, Inc. Final Report 1419-001, for Tuggle Duggins & Meschan, P.A., July 24, 2006.

66. "Investigation of Takata Magazine Fire and Explosion," (with Polcyn, M.A.), Baker Engineering and Risk Consultants, Inc. Draft Report 1419-001, for Tuggle Duggins & Meschan, P.A., July 24, 2006.

67. "AN Fines at Simplot, Brandon, Manitoba," Baker Engineering and Risk Consultants, Inc. Draft Report 1448-001, for Koch Mineral Services, LLC, August 4, 2006.

68. "Investigation of the June 5, 2006 Incident on Explosive Press No. 5," (with Baker Q.A.), Baker Engineering and Risk Consultants, Inc. Final Report 1482-001, for Baker Atlas, August 31, 2006.

69. "Common Cause Report. BP Texas City Refinery RHU Fire, July 28, 2005," (with Benac, D.J.), Baker Engineering and Risk Consultants, Inc. Report 1192-001, to Robertson & Co. S.A., November 2, 2006

70. "Testing of Gas Release Scenarios for Ines Castillo et al. v. Oneok, Inc. et al.," (November 6, 2006) and "Addendum Report," (December 14, 2006), (with Baker, Q.A.), Baker Engineering and Risk Consultants, Inc. Expert Reports 1602-001, to Brickley, Sears & Sorett.

71. "Takata Moses Lake AN Solution Review," Baker Engineering and Risk Consultants, Inc. Report 1419-003, for Tuggle Duggins & Meschan, P.A., January 10, 2007.

72. Terra Verdigris Line Rupture Incident, January 23, 2007," (with Benac, D. and Baker, Q.), Baker Engineering and Risk Consultants, Inc. Final Report 1714-001, for Terra Industries, Inc., February 9, 2007.

73. "Investigation of the November 10, 2006 Incident on Explosive Press No. 4," (with Baker Q.A.), Baker Engineering and Risk Consultants, Inc. Final Report 1660-001, for Baker Atlas, February 12, 2007.