1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN N. HALL, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC., et al.,<br><br>      Defendants.<br><br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.,<br><br>     Third Party Plaintiff,<br><br>  v.<br><br>AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD.,<br><br>     Third Party Defendants.<br><br><br>AES MENDOTA, L.P.; AES CORPORATION; and MENDOTA BIOMASS POWER, LTD.,<br><br>     Counter-Claimants,<br><br>  v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.,<br><br>     Counter-Defendant. | 1:06-cv-00123 OWW SMS<br><br>**AMENDMENT TO ORDER GRANTING THIRD PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DOC. 130.)** |

1

**The Order granting Third Party Defendants' motions for summary judgment filed October 11, 2007 is amended by:**

**1) deleting "Thermendota" at page 47, line 8 and replacing it with "AES Corporation."**

**2) deleting "premise liability or" at page 56, line 4.**

IT IS SO ORDERED.

**Dated:    October 18, 2007                    /s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE