Lowell T. Carruth, # 034065          (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Donald W. Boyajian, Esq. (*Pro Hac Vice*)
Dreyer Boyajian LLP
75 Columbia St.
Albany, NY 12210
Telephone:    (518) 463-7784
Facsimile:    (518) 463-4039

Dana A. Fox, Esq., #119761
Leah Bolea, Esq., #242252
Lynberg & Watkins
888 S. Figueroa St., 16th Floor
Los Angeles, CA 90017
Telephone:    (213) 624-8700
Facsimile:    (213) 892-2763

Attorneys for Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | Case No.  1:06-CV-00123-OWW-SMS<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE TIME OF HEARING ON THE MOTIONS IN LIMINE FROM 12:00 P.M. TO 8:00 A.M. ON OCTOBER 19, 2007**<br><br>Action Filed:    February 3, 2006<br>Trial Date:      October 30, 2007 |

*///*

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE TIME OF HEARING ON THE MOTIONS IN LIMINE  - CASE NO.  1:06-CV-00123-OWW-SMS

1  The parties, Plaintiffs BRIAN N. HALL and JEAN M. HALL, and Defendant, Third-party
2  Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC.,
3  through their respective attorneys of record, hereby stipulate that the time of the Hearing on
4  Motions in Limine will be rescheduled from Twelve p.m. (12:00 p.m.) to Eight a.m. (8:00 a.m.).
5  The date will remain the same, October 19, 2007.

6  Dated: October 12, 2007                    McCORMICK, BARSTOW, SHEPPARD,
7                                                                          WAYTE & CARRUTH LLP

8
9                                                              By:      /s/ Lowell T. Carruth
                                                                              Lowell T. Carruth
10                                                              Attorneys for Defendant, Third-party
                                                                    Plaintiff and Counter-defendant
11                                                                  NORTH AMERICAN INDUSTRIAL
                                                                SERVICES, INC. (sued herein as NORTH
12                                                                  AMERICAN INDUSTRIAL SERVICES,
                                                                       INC., and NORTH AMERICAN
13                                                                            SERVICES GROUP)

14  Dated: October 12, 2007                    MILES, SEARS & EANNI
15
16                                                              By:      /s/ Richard C. Watters
                                                                              Richard C. Watters
17                                                                      Attorneys for Plaintiffs
                                                                    BRIAN N. HALL & JEAN M. HALL
18
19
20  Dated: October 12, 2007                    LYNBERG & WATKINS APC
21
22                                                              By:      /s/ Leah K. Bolea
                                                                              Dana Alden Fox
                                                                              Leah K. Bolea
23                                                              Attorneys for Defendant, Third-party
                                                                    Plaintiff and Counter-defendant
24                                                                  NORTH AMERICAN INDUSTRIAL
                                                                SERVICES, INC. (sued herein as NORTH
25                                                                  AMERICAN INDUSTRIAL SERVICES,
                                                                       INC., and NORTH AMERICAN
26                                                                            SERVICES GROUP)
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE TIME OF HEARING ON THE MOTIONS
IN LIMINE  - CASE NO.  1:06-CV-00123-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having considered the above Stipulation and good cause appearing, hereby orders that all the time of the hearing on Motions in Limine will be rescheduled from 12:00 p.m. to 8:00 a.m. on October 19, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 19, 2007     /s/ OLIVER W. WANGER
                             The Honorable Oliver W. Wanger
                             United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

3

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE TIME OF HEARING ON THE MOTIONS IN LIMINE  - CASE NO.  1:06-CV-00123-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com