1  RICHARD C. WATTERS, ESQ. - 060162          (SPACE BELOW FOR FILING STAMP ONLY)
   WILLIAM J. SEILER, ESQ. - 067475
2           LAW OFFICES OF
         **MILES, SEARS & EANNI**
         A PROFESSIONAL CORPORATION
3            2844 FRESNO STREET
               P.O. BOX 1432
4         FRESNO, CALIFORNIA 93716
          TELEPHONE (559) 486-5200

5      Attorneys for **Plaintiffs**

6

7

8                UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                           ***

11  BRIAN N. HALL;                ) NO. 1:06-CV-00123-OWW-SMS
    JEAN M. HALL;                 )
12                                ) **PROPOSED ORDER GRANTING**
              Plaintiffs,         ) **PLAINTIFFS' MOTION IN LIMINE TO**
13                                ) **EXCLUDE OPINION TESTIMONY BY**
    vs.                           ) **KIMBLE J. CLARK, Ph.D.,**
14                                ) **JON P. MOLDESTAD &**
    NORTH AMERICAN INDUSTRIAL     ) **DOUGLAS B. OLSON, Ph.D.**
15  SERVICES, INC.;               )
    NORTH AMERICAN SERVICES GROUP;) **Date:       Oct 22, 2007**
16  DOE 1 THROUGH DOE 100,        ) **Time:       3:00 p.m.**
                                  ) **Courtroom:  3**
17            Defendants.         ) **Judge:      Hon.**
    _____)             **Oliver W. Wanger**
18
                                    **Action Filed: Feb 3, 2006**
19                                  **Trial Date:   Oct 30, 2007**

20      Plaintiffs' Motion in Limine to Exclude Expert Opinion

21  Testimony by Kimble J. Clark, Ph.D., Jon P. Moldestad, and Douglas

22  B. Olson, Ph.D., having come on for hearing on October 22, 2007 in

23  Courtroom 3 of this court, the Honorable Oliver W. Wanger,

24  presiding, William J. Seiler, Esq. having appeared on behalf of

25  plaintiffs in support of the motion and Dana Alden Fox, Esq. having

26  appeared on behalf of defendant in opposition to the motion, the

27  matter having been argued by counsel and submitted for decision,

28  and the court having announced its decision to grant the motion,

*Proposed Order Granting Plaintiffs' Motion in Limine*

1  **NOW THEREFORE IT IS ORDERED** that plaintiffs' motion is granted
2  as follows:
3    **1.**  The opinions of Kimble J. Clark, Ph.D. listed as opinions
4  numbered 1 and 6 on pages 2-1 and 2-2 of Dr. Clark's report, dated
5  February 2007 (Exhibit 2 to plaintiffs' motion), and all reference
6  thereto, are excluded from the trial herein.  The opinions to be
7  excluded state as follows:

>    1.   The root cause of Brian Hall's serious burn injuries is not related to any activities by NAIS personnel at the AES/Mendota plant on September 20, 2005.  Rather, this root cause is a combination of a.) deficiencies in the AES/Mendota safety training and procedures and plant operation and maintenance procedures, and b.) deficiencies in boiler plant design and maintenance procedures provided by Gotaverken.
>
>    6.   Consistent with NAIS's expertise and professional permits, they were contracted by AES/Mendota to bring the explosive materials onsite, prepare and insert an explosive charge in the west cyclone, and detonate the explosive charge.  AES/Mendota was responsible for all site preparation before detonation of the explosive charge, and all follow-up activity immediately after detonation of the explosive charge.  NAIS had no responsibilities other than standby observation once they detonated their explosive charge.

19   **2.**   Plaintiffs' motion to exclude the opinions Dr. Clark
20  numbered 9 and 10 on page 2-3 of his report is granted without
21  prejudice to the right of defendant to make an offer of proof
22  outside the presence of the jury and consistent with the
23  requirements of Rule 26, FRCP, and the Pre Trial Order herein that
24  it can make a <u>prima facie</u> case of product liability on the part of
25  Gotaverken Energy.  Dr. Clark's opinions numbered 9 and 10 are as
26  follows:

>    9.   The boiler/cyclone design by Gotaverken Energy is deficient because no permanent provision is made to safely dislodge and empty the east and west

- 2 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Proposed Order Granting Plaintiffs' Motion in Limine*

        cyclones when they become clogged.  For instance, there are no enclosed, insulated chutes to direct dislodged or combusted hot materials out of the midway doors and down to ground level without exposing operating personnel to the associated heat and flames.  With biomass boilers, it is definitely foreseeable that the cyclones can become plugged from time to time due to the large seasonal variations in fuel properties (ash content, ash fusion temperature, heat of combustion, etc.) inherent in the typical biomass fuel supply.

    10.    The Operating and Maintenance instructions provided by Gotaverken for the boiler and cyclones are completely silent on how to handle plugged cyclones.  This is a clear deficiency since plugged cyclones are foreseeable for the reasons mentioned in Opinion 9.

**3.**    The opinions of Douglas B. Olson, Ph.D. listed as the first, sixth, and fourteenth opinions on pages 10 and 11 of Dr. Olson's report, dated May 31, 2007 (Exhibit 4 to plaintiffs' motion), and all reference thereto, are excluded from the trial herein.  The opinions to be excluded state as follows:

First Opinion:

    The accident and injuries to Mr. Hall did not result from the explosive blast conducted by NAIS to clear the pluggage in the AES Mendota west cyclone.  The blast was fired safely.

Sixth Opinion:

    AES was in overall control of the cyclone clearing operation at their facility, including the NAIS clearing operation and firefighting activities after the blast.

Fourteenth Opinion:

    The facts, testimony, and analysis taken altogether support to a reasonable degree of scientific certainty that NAIS personnel and their blasting did not cause the injury to Mr. Hall on September 19, 2005.

//

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Proposed Order Granting Plaintiffs' Motion in Limine*

**4.** The opinions of Jon P. Moldestad set forth on page 1 of his report (Exhibit 6 to plaintiffs' motion), and all reference thereto, are excluded from the trial herein to the extent they state as follows:

First Opinion:

> The proximate cause of Mr. Brian Hall's injuries was his employer's failure to establish an effective Injury and Illness Prevention Program in accordance with accepted safety practices and regulatory requirements.

Second Opinion:

> The explosion created by North American Industrial Services at the request of Mr. Hall's employer had little if anything to do with the subsequent deflagration which caused Mr. Hall's injuries. Evidence indicates that the most probable direct cause of Mr. Hall's injuries was his presence near the opening of the cyclone separator when the deflagration occurred and his earing of a combustible (polyester) shirt.

DATED: October __, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Proposed Order Granting Plaintiffs' Motion in Limine*

**PROOF OF SERVICE BY MAIL**

I, Jeffrey D. Hammel, declare as follows:

My business address is MILES, SEARS & EANNI, 2844 Fresno Street, Post Office Box 1432, Fresno, California, 93716. I am a resident of, or employed in, Fresno County, the county where the following mailing occurs. I am over the age of eighteen years and not a party to the within entitled action. I am readily familiar with the practice of MILES, SEARS & EANNI for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence will be deposited with the United States Postal Service on the same date set forth below in the ordinary course of business.

On October 25, 2007, I served the within ***PROPOSED ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE OPINION TESTIMONY BY KIMBLE J. CLARK, Ph.D., JON P. MOLDESTAD & DOUGLAS B. OLSON, Ph.D.*** on the interested parties in said action by placing a true copy thereof for deposit in the United States Postal Service at my said place of business. The envelopes were sealed and placed for collection and mailing on that date following ordinary business practices. The names and addresses of the persons served as shown on the envelopes are as follows:

Lowell T. Carruth, Esq.　　　　　　　Attorneys for Defendants:
McCORMICK, BARSTOW, SHEPPARD,　　NORTH AMERICAN INDUSTRIAL
　　WAYTE & CARRUTH LLP　　　　　SERVICES, INC.
Post Office Box 28912
5 River Park Place East
Fresno, California 93729-8912

Donald W. Boyajian, Esq.　　　　　　Attorneys for Defendants:
DREYER BOYAJIAN, LLP　　　　　　　NORTH AMERICAN INDUSTRIAL
75 Columbia Street　　　　　　　　　SERVICES, INC.
Albany, New York 12210

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Proposed Order Granting Plaintiffs' Motion in Limine*

| | |
|---|---|
| Dana A. Fox, Esq.<br>Leah Bolea, Esq.<br>LYNBERG & WATKINS<br>888 S. Figueroa St., 16th Flr.<br>Los Angeles, California 90017 | Attorneys for Defendants:<br>NORTH AMERICAN INDUSTRIAL<br>SERVICES, INC. |
| Victoria A. Chinn, Esq.<br>Jane A. Corning, Esq.<br>Christopher J. Nevis, Esq.<br>LEWIS, BRISBOIS, BISGAARD<br>   & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, California 94104 | Attorneys for Defendants:<br>AES MENDOTA, L.P; AES<br>CORPORATION and MENDOTA<br>BIOMASS POWER, LTD |

Thomas Michael Regan, Esq.
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of October, 2007, at Fresno, California.

/s/ <u>Jeffrey D. Hammel</u>, As Authorized
    JEFFREY D. HAMMEL  on 10/25/07

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Proposed Order Granting Plaintiffs' Motion in Limine*