1  Lowell T. Carruth, Esq. # 034065
   McCORMICK BARSTOW SHEPPARD WAYTE
2   & CARRUTH, LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA 93720-1501
4  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
5
   Donald W. Boyajian, Esq. (Pro Hac Vice)
6  DREYER BOYAJIAN LLP
   75 Columbia Street
7  Albany, NY 12210
   Telephone: (518) 463-7784
8  Facsimile:  (518) 463-4039

9  Dana Alden Fox, Esq. #119761
   Leah K. Bolea, Esq. #242252
10 LYNBERG & WATKINS APC
   888 South Figueroa Street, 16th Floor
11 Los Angeles, CA 90017
   Telephone: (213) 624-8700
12 Facsimile:  (213) 892-2763

13 Attorneys for Defendant, NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein
   as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN
14 SERVICES GROUP)

15              UNITED STATES DISTRICT COURT

16         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

17

18 BRIAN N. HALL and JEAN M. HALL,          )  Case No.  1:06-CV-00123-OWW-SMS
                                            )
19         Plaintiffs,                      )  **ORDER REGARDING DEFENDANT,**
                                            )  **NORTH AMERICAN INDUSTRIAL**
20     v.                                   )  **SERVICE'S MOTIONS *IN LIMINE***
                                            )
21 NORTH AMERICAN INDUSTRIAL                )
   SERVICES, INC.; NORTH AMERICAN           )  Complaint filed:  2/03/06
22 SERVICES GROUP; DOE 1 THROUGH            )
   DOE 100,                                 )  Trial Date:      10/30/07
23                                          )
           Defendants.                      )
24 ─────────────────────────────────       )

25

26     On October 19 and 22, 2007, the Court heard oral argument on the Motions *in Limine* of

27 defendant, North American Industrial Services.  Having considered the moving, opposing, and reply

28 papers, and after hearing oral argument, the Court makes the following Order regarding defendant's

**[PROPOSED] ORDER**

Motions *in Limine*:

    1.     Motion *in Limine* Nos. 1, 3, 4, 5, 8, 11, and 12 are granted.

    2.     Motion *in Limine* No. 2 is granted. Plaintiffs, however, may offer relevant evidence of their recoverable economic damages.

    3.     Motion *in Limine* No. 6 is granted. Designated expert witnesses, however, are not excluded from attending trial.

          Motion *in Limine* No. 7 is granted, with the exception of a portion of a videotape made on September 23, 2005 to be offered by the plaintiffs. The videotape may not contain any images of anyone wearing a Nomex suit. Before the video is played, furthermore, the Court will read a cautionary instruction to be submitted to the Court based on the ruling made by the Court at the October 22, 2007 hearing.

    5.     Defendant's Motion *in Limine* No. 9 is granted in part. Dr. Esselman may not offer any opinions as to whether Brian Hall suffered or is suffering from a brain injury. Dr. Esselman may not offer any medical opinions about a brain injury. Dr. Esselman may testify he recommended an MRI, and referred the plaintiff to a radiologist who performed and reported regarding the MRI.

    6.     Motion *in Limine* No. 10 is denied without prejudice.

    7.     Motion *in Limine* Nos. 13, 14, and 15 are denied. The plaintiffs may offer evidence the gross amount of past medical bills. If damages are awarded, the Court will make a post-verdict reduction in the amount of past medical bills to reflect the net amount of medical bills actually paid. (Plaintiffs' counsel indicated the amount of net past medical bills is approximately $1,150,000.)

    8.     Motion *in Limine* No. 16 is denied. The Court, however, will give a cautionary instruction, advising the jury the Hall children are not plaintiffs, the jury is not to award any damages for any mental suffering or distress experienced by the Hall

1   children, and that the testimony of the Hall children is being offered only to

2   corroborate the testimony of Mr. and/or Mrs. Hall.

3

4   IT IS SO ORDERED.

5   **Dated:    October 27, 2007**             /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**