1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHAWN A. TOLIVER, SBN 148349
2  CHRISTOPHER J. NEVIS SBN 162812
   JANE A. CORNING, SBN 104327
3  One Sansome Street, Suite 1400
   San Francisco, California  94104
4  Telephone:     (415) 362-2580
   Facsimile:     (415) 434-0882
5

6  Attorneys for Defendant, THE AES CORPORATION
   and Third Party Defendants THE AES CORPORATION
7  and AES MENDOTA L.P.

8                       UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 BRIAN HALL,                          ) CASE NO. 1:06-CV-00123-OWW-SMS
                                        )
11         Plaintiff,                   ) **PARTIAL JUDGMENT BY COURT**
                                        ) **UNDER FRCP RULE 56**
12    v.                                )
                                        )
13 NORTH AMERICAN INDUSTRIAL            )
   SERVICES GROUP; and DOES 1-50,       )
14 Inclusive,                           )
                                        )
15         Defendants.                  )
                                        )
16 ─────────────────────────────────    )
   NORTH AMERICAN INDUSTRIAL            )
17 SERVICES, INC.,                      )
                                        )
18         Third Party Plaintiff,       )
                                        )
19    v.                                )
                                        )
20 AES MENDOTA, L.P.; AES CORPORATION;  )
   and MENDOTA BIOMASS POWER, LTD.,     )
21                                      )
           Third Party Defendants.      )
22 ─────────────────────────────────    )
                                        )
23 AES MENDOTA, L.P.; AES CORPORATION;  )
   and MENDOTA BIOMASS POWER, LTD.,     )
24                                      )
           Counter-Claimants,           )
25                                      )
      v.                                )
26                                      )
   NORTH AMERICAN INDUSTRIAL            )
27 SERVICES, INC.,                      )
                                        )
28         Counter-Defendant.           )
   ─────────────────────────────────    )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on for hearing before the Court, on September 17, 2007, the Honorable Oliver W. Wanger, District Judge Presiding, on:

1. Third Party Defendants AES Mendota L.P. and AES Corporation's Motion for Summary Judgment against Third Party Plaintiff North American Industrial Services, Inc. and;

2. On Defendant AES Corporation's Motion for Summary Judgment against Plaintiffs Brian and Jean Hall.

The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Mendota Biomass Power, Ltd. is dismissed from this case.

2. Defendant and Third Party Defendant AES Corporation was not Plaintiff's employer and did not own or have responsibility for the AES Mendota L.P. plant premises, nor did it assume any duty to ensure the safety of the AES Mendota L.P. plant operation.

3. The exclusive remedy provisions of California Labor Code Sections 3602 and 3864 preclude liability against the employer, Third Party Defendant AES Mendota L.P., for indemnity or contribution.

4. The Complaint filed by Plaintiffs Brian and Jean Hall and the Third Party Complaint filed by North American Industrial Services, Inc. herein, against Defendants AES Corporation and AES Mendota L.P. are hereby dismissed.

5. Defendant AES Corporation and Third Party Defendants AES Corporation and AES Mendota L.P. shall recover their costs.

DATED: October 29, 2007

        _/s/ OLIVER W. WANGER_____
        The Honorable Oliver W. Wanger,
        United States District Judge