Lowell T. Carruth, Esq. # 034065
McCORMICK BARSTOW SHEPPARD WAYTE
 & CARRUTH, LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Donald W. Boyajian, Esq. (Pro Hac Vice)
DREYER BOYAJIAN LLP
75 Columbia Street
Albany, NY 12210
Telephone: (518) 463-7784
Facsimile:  (518) 463-4039

Dana Alden Fox, Esq. #119761
Leah K. Bolea, Esq. #242252
LYNBERG & WATKINS APC
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone: (213) 624-8700
Facsimile:  (213) 892-2763

Attorneys for Defendant, NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL and JEAN M. HALL, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100, <br><br> Defendants. | Case No.  1:06-CV-00123-OWW-SMS <br><br> **ORDER REGARDING DEFENDANT, NORTH AMERICAN INDUSTRIAL SERVICE'S MOTIONS *IN LIMINE*** <br><br> Complaint filed:  2/03/06 <br><br> Trial Date:       10/30/07 |

On October 19 and 22, 2007, the Court heard oral argument on the Motions *in Limine* of defendant, North American Industrial Services. Having considered the moving, opposing, and reply papers, and after hearing oral argument, the Court makes the following Order regarding defendant's

Motions *in Limine*:

1. Motion *in Limine* Nos. 1, 3, 4, 5, 8, 11, and 12 are granted.

2. Motion *in Limine* No. 2 is granted.  Plaintiffs, however, may offer relevant evidence of their recoverable economic damages.

3. Motion *in Limine* No. 6 is granted.  Designated expert witnesses, however, are not excluded from attending trial during the testimony of opposing designated experts.

4. Motion *in Limine* No. 7 is granted, with the exception of a portion of a videotape made on September 23, 2005 to be offered by the plaintiffs.  The videotape may not contain any images of anyone wearing a Nomex suit.  Before the video is played, furthermore, the Court will read a cautionary instruction to be submitted to the Court based on the ruling made by the Court at the October 22, 2007 hearing.

5. Defendant's Motion *in Limine* No. 9 is granted in part.  Dr. Esselman may not offer any opinions as to whether Brian Hall suffered or is suffering from a brain injury.  Dr. Esselman may not offer any medical opinions about a brain injury.  Dr. Esselman may testify he recommended an MRI, and referred the plaintiff to a radiologist who performed and reported regarding the MRI.

6. Motion *in Limine* No. 10 is denied without prejudice.

7. Motion *in Limine* Nos. 13, 14, and 15 are denied.  The plaintiffs may offer evidence the gross amount of past medical bills.  If damages are awarded, the Court will make a post-verdict reduction in the amount of past medical bills to reflect the net amount of medical bills actually paid.  (Plaintiffs' counsel indicated the amount of net past medical bills is approximately $1,150,000.)

8. Motion *in Limine* No. 16 is denied.  The Court, however, will give a cautionary instruction, advising the jury the Hall children are not plaintiffs, the jury is not to award any damages for any mental suffering or distress experienced by the Hall

children, and that the testimony of the Hall children is being offered only to corroborate the testimony of Mr. and/or Mrs. Hall.

DATED: November 2, 2007          /s/ OLIVER W. WANGER
                                 THE HONORABLE OLIVER W. WANGER
                                 JUDGE OF THE DISTRICT COURT