Lowell T. Carruth, Esq. # 034065
McCORMICK BARSTOW SHEPPARD WAYTE
 & CARRUTH, LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Donald W. Boyajian, Esq. (Pro Hac Vice)
DREYER BOYAJIAN LLP
75 Columbia Street
Albany, NY 12210
Telephone: (518) 463-7784
Facsimile:  (518) 463-4039

Dana Alden Fox, Esq. #119761
LYNBERG & WATKINS APC
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone: (213) 624-8700
Facsimile:  (213) 892-2763

Attorneys for Defendant, NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL and JEAN M. HALL, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100, <br><br> Defendants. | Case No.  1:06-CV-00123-OWW-SMS <br><br> **NOTICE OF SETTLEMENT** and **NOTICE OF HEARING RE: DISMISSAL** <br><br> Complaint filed:  2/03/06 |

TO THIS HONORABLE COURT:

The parties wish to inform the Court that a full settlement has been reached in this matter.

IT IS HEREBY REQUESTED that all hearing dates be vacated.  Defense counsel

G:\docs\ATimken\Orders To Be Signed\06cv123.ntc.stlmt.wpd\    -1-

**N T C  O F  S E T T L E M E N T**

1  respectfully requests the Court to set this matter for an Order to Show Cause Re Dismissal for May
2  9, 2008, or 30 days from the date of this Notice.

4  DATED: March 31, 2008                    McCORMICK BARSTOW SHEPPARD WAYTE &
                                            CARRUTH, LLP

7                                           By: _____
                                                  LOWETT T. CARRUTH

                                            DREYER BOYAJIAN LLP

10                                          By: _____
                                                  Donald W. Boyajian, Esq. (Pro Hac Vice)

                                            LYNBERG & WATKINS APC

15                                          By: _____
                                                  Dana Alden Fox, Esq.
                                            Attorneys for Defendants, NORTH AMERICAN
                                            INDUSTRIAL SERVICES, INC. (sued herein as
                                            NORTH AMERICAN INDUSTRIAL SERVICES,
                                            INC., and NORTH AMERICAN SERVICES
                                            GROUP)

20      IT IS HEREBY ORDERED:
21      All hearing dates are vacated.
22      An Order to Show Cause hearing re dismissal is set for 5/12/2008 at 10:00 a.m.

IT IS SO ORDERED.

25  DATED: March 31, 2008                   /s/ OLIVER W. WANGER
                                            JUDGE OF THE DISTRICT COURT

G:\docs\ATimken\Orders To Be Signed\06cv123.ntc.stlmt.wpd\      -2-

**NTC OF SETTLEMENT**