| | |
|---|---|
| Lowell T. Carruth, # 034065<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Donald W. Boyajian, Esq. (*Pro Hac Vice*)
Dreyer Boyajian LLP
75 Columbia St.
Albany, NY 12210
Telephone:     (518) 463-7784
Facsimile:      (518) 463-4039

Dana A. Fox, Esq., #119761
Leah Bolea, Esq., #242252
Lynberg & Watkins
888 S. Figueroa St., 16th Floor
Los Angeles, CA 90017
Telephone:     (213) 624-8700
Facsimile:      (213) 892-2763

Attorneys for Defendant, Third-party Plaintiff and Counter-defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. (sued herein as NORTH AMERICAN INDUSTRIAL SERVICES, INC., and NORTH AMERICAN SERVICES GROUP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN N. HALL; JEAN M. HALL,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES, INC.; NORTH AMERICAN SERVICES GROUP; DOE 1 THROUGH DOE 100,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | Case No.  1:06-CV-00123-OWW-SMS<br><br>**ORDER RE: CORRECTED JUDGMENT FOR RECOVERABLE COSTS**<br><br><br><br>Action Filed:       February 3, 2006<br>Trial Date:          October 30, 2007 |

///

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs' Motion to Review Taxation of Costs and Defendant's Request for Correction of Calculation of Judgment were heard on Monday, March 31, 2008 in Courtroom 3 of the United States District Court for the Eastern District of California, Fresno Division, the Honorable Oliver W. Wanger presiding. Christopher Watters, Esq., appeared on behalf of Plaintiffs BRIAN N. HALL and JEAN M. HALL. Lowell T. Carruth, Esq., appeared on behalf of Defendant NORTH AMERICAN INDUSTRIAL SERVICES, INC. ("NAIS").

Having considered the papers in support of and in opposition to Plaintiffs' Motion to Review Taxation of Costs and after hearing oral argument, the Court grants in part and denies in part the Motion to Review Taxation of Costs. On February 5, 2008, the Clerk taxed costs in favor of Plaintiffs in the amount of $37,794.91. The Court now taxes additional costs in the amount of $590.00, which reflects the total costs Plaintiffs claimed for the video deposition of Christopher M. Scaringe for a total of recoverable costs of $38,384.91. In all other respects, the Motion to Review Taxation of Costs is denied.

Having considered the papers in support of Defendant NAIS' Request for Correction of Calculation of Judgment and Plaintiffs' Notice of Non-Opposition to that request, the Court grants in full Defendant's Request for Correction of Calculation of Judgment. Plaintiff BRIAN N. HALL shall recover from NAIS: $190,867.00 for past wage loss (reduced by 5%); $1,887,847.00 for future wage loss (reduced by 5%); $1,085,961.00 for past medical bills (reduced by 5%); $2,123,800.00 for future medical bills (reduced by 5%); less $428,411.00 as an offset for worker's compensation benefits, reflecting 34.5913 percent of the total amount of worker's compensation benefits received; $6,000,000.00 for past non-economic damages (reduced to 75%); and $4,000,000.00 for future non-economic damages (reduced to 75%); for a total of $14,860,064.00. JEAN M. HALL's recovery remains unchanged.

IT IS SO ORDERED.

Dated: April 8, 2008 /s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
Judge of the U.S. District Court

03664/00128-1209369.v1

PDF created with pdfFactory trial version www.pdffactory.com