Shawn A. Toliver, Esq. [CSBN 148349]
Christopher J. Nevis, Esq. [CSBN 162812]
Jane A. Corning, Esq. [CSBN 104327]
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Defendant THE AES CORPORATION
and Third Party Defendants THE AES CORPORATION
and AES MENDOTA L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH AMERICAN INDUSTRIAL SERVICES GROUP; and DOES 1-50, Inclusive,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTER-ACTIONS.<br>_____ | CASE NO. 1:06-CV-00123-OWW-SMS<br><br>STIPULATED WAIVER OF RIGHT TO APPEAL BY THIRD-PARTY PLAINTIFF NORTH AMERICAN INDUSTRIAL SERVICES, INC. FOR WAIVER OF COSTS; SATISFACTION OF JUDGMENT AND ORDER<br><br>Action Filed: February 3, 2006 |

Third-Party Plaintiff  NORTH AMERICAN INDUSTRIAL SERVICES, INC., (hereinafter "NAIS") and Third-Party Defendants AES MENDOTA, L.P., THE AES CORPORATION, and MENDOTA BIOMASS POWER, LTD., (hereinafter collectively referred to in this document as "AES") by and through their respective counsel of record in the herein matter,  hereby stipulate and agree to the following:

　　　1. NAIS agrees to waive any right to appeal that it may have arising out of the herein action against AES and its insurer, Zurich North American Insurance Company;

//

4817-5641-1906.1

STIPULATED WAIVER OF APPELLATE RIGHTS BY 3RD-PARTY PLTF AGAINST 3RD-PARTY DEFT;
AND ORDER -CASE NO. 1:06-CV-00123-OWW-SMS

2. In exchange for the waiver of the right to appeal by NAIS, AES and its insurer agree to waive and refrain from taking any legal or other action to obtain reimbursement from or against NAIS in the amount of $3,865.57, the sum taxed as costs and included in the Judgment obtained by plaintiffs in the herein matter; and,

3. By execution hereof, AES, by and through their counsel of record, hereby acknowledges satisfaction in full of the judgment for costs previously entered herein in its favor and against NAIS in the amount of $3,865.57.

Dated this _____ day of April 2008      McCORMICK BARSTOW SHEPPHARD
                                        WAYTE & CARRUTH, LLP


                                        By: _____
                                            Lowell T. Carruth
                                            Attorneys for Defendant/Third-Party Plaintiff
                                            and Counter-Defendant
                                            NORTH AMERICAN INDUSTRIAL
                                            SERVICES, INC.

Dated this ____ day of April 2008       LEWIS BRISBOIS BISGAARD & SMITH LLP


                                        By: _____
                                            Shawn A. Toliver
                                            Christopher J. Nevis
                                            Jane A. Corning
                                            Attorneys for Third-Party Defendants
                                            and Counter-Claimants
                                            THE AES CORPORATION and
                                            AES MENDOTA L.P.

IT IS SO ORDERED.

**Dated:   May 8, 2008**                       /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE